SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 27 2015
BY ~~ARTHUR JOHNSTON~~ DEPUTY

# IN THE UNITED ~~STATES~~ COURT

3:15cv57-CWR-LRA

STATE OF MISSISSIPPI                    PLAINTIFF

~~VERSUS~~  G.I. CAPIAS(PROCESS key 9; EXECUTION key 421. C.J.S. EXECUTION §24;
CRIMINAL LAW key 1000; FINES key 9)... NUMBER
A.S.P.  _____ (April 2015)

MR. CHRISTOPHER L(B). EPPS, AND          DEFENDANT
MR. CECIL McCRORY                                      23

"MOTION TO LEAVE BY THE APPROPRIATE COURT(S) FOR PROSECUTING
AND EXECUTION THE ABOVE CITED DEFENDANT(S) UNDER(
CHARGE WITH FAILURE TO PERFORM ANY DUTY AND FAILURE TO RETURN
KNOWN OFFENDERS; PURPOSEFUL AVOIDANCE OF KNOWLEDGE OF
OFFENSE) CIVIL LIABILITY OF OFFICERS FOR FAILURE TO
                    PERFORM DUTIES
ARE THE "TRUE AND CORRECT" REMEDY (for ~~Attached~~/Enclosed
on pages  1  theu  3 ) AND RELIEF (for ~~Attached~~/enclosed
on pages  1  theu  22 ) OF THE STATUTES(MODEL PENAL CODE §§
1.13(1)), ISSUES (UNIFORM PROBATE CODE §§ 1-201(21)), GROUNDS
(M.C.A.(1972), §99-39-5), AND CLAIMS (UNIFORM PROBATE CODE §§ 5-103(1))
FOR RELIEF (enclosed/Attached PAGES  1  theu  43 '. "State
VS. Walton, 6N.C. APP. 415, 170 S.E. 2D 166, 169

NOTE: ① meant ed SEE, 38 U.S.C. §§ 693 Et seq.; 38 U.S.C.A. §§ 693 Et seq. (2.2. cl. B:10 of Right).
- motive of motion: FEDERAL CIVIL PROCEDURE key 921; MOTIONS key 18.1.0, J.S. motions and
  orders §13. F.R.CIV.P. 5(D), 7(D)(1); FED.R.CIV.P. FORM 19 (MISS. R.CIV.P)

SEE, PROSECUTE: "A"

(1. STYLE OF PROCESS. "THE STATE OF MISSISSIPPI". MISS.CONST.ART.   , §169(A)

(2. PROSECUTION. " STATE OF MISSISSIPPI

(3 INDICTMENT. "AGAINST THE PEACE AND DIGNITY OF THE STATE".

  MISS.CONST.ART.III, §27; U.R.C.C.C. RULE 7.06; M.C.A. (1972), §§99-7-21.

(4. SEARCH WARRANTS. M.C.A. (1972), §§41-29-157

(5. VICTIM (PETITIONER, PLAINTIFF, MANDATOR, COMPLAINANT, AGGRIEVED) RIGHTS.

  MISS.CONST.ART.III, §§26 AND 26A (1)

(6. SEARCH AND SEARCHES. MISS.CONST.ART.III, §23(1)

24

EXECUTION: "B"

(1. MISS.R.CIV.P. 69 (RELEVANT NOTES; COMMENTS AND JUDICIAL DECISIONS)

REMEDY: "C"

(1. ADEQUATE REMEDY AT LAW. SPECIFIC PERFORMANCE KEY 5. C.J.S. SPECIFIC PER-

  FORMANCE §8

(2. SPEEDY REMEDY. ROSEWELL VS. LA SALLE NAT'L. BANK, 450 U.S.503, 518 (1981).

  INJUNCTION KEY 1. C.J.S. INJUNCTIONS §§2-4, 12, 17, 22, 24, 166.

(3. ADMINISTRATIVE REMEDY. ADMINISTRATIVE LAW AND PROCEDURE KEY

  229. C.J.S. PUBLIC ADMINISTRATIVE LAW AND PROCEDURE §§38-42

(4. SPECIFIC REMEDY. SPECIFIC PERFORMANCE KEY 126. C.J.S. SPECIFIC

  PERFORMANCE §§189-193

(5. LAW OF REMEDY. DOUGLAS LAYCOCK, MODERN AMERICAN REMEDIES 1 (3ᴿᴰ ED. 2002)

(4)

(6. Remedy Over. Injunction Key 1. C.J.S. Injunctions §§2-4, 12, 14, 22, 24, 166.

(7. Equitable Remedy. Injunction Key 17; Specific Performance Key 1. C.J.S. Injunctions §31; Specific Performance §§2, 5-6

(8. Provisional Remedy. Attachment Key 1; Indemnity Key 20.6 C.J.S. Attachment §§2-4, 7; Subrogation §§2-15, 19, 91

(9. Extraordinary Remedy. Mandamus Key 3 (3)-3(3.1). C.J.S. Mandamus §§18-19, 21-23, 31.

(10 Concurrent Remedy

(11. Extra Judicial Remedy

(12. Judicial Remedy

25

(13. Substitutional Remedy. Douglas Laycock, The Death of the Irreparable Injury Rule 18 (1991); Contracts Key 324(1). C.J.S. Architects §§39, 47, 51; Contracts §600,                     and

(14. Legal Remedy. Action Key 21. C.J.S. Actions §124.


Relief: 'D'

(1. The redress or benefit, especially equitable in nature (such as an enjunction or specific performance) that Plaintiff/ Petitioner asks of the Court: Aid or assistance given to Petitioner/Plaintiff in need, especially financial aid provided

15)

BY THE STATE OF MISSISSIPPI. SOCIAL SECURITY AND PUBLIC WELFARE key 4, C.J.S. Social Security and Public Welfare §§6, 10, 17

13. COERCIVE RELIEF

14. THERAPEUTIC RELIEF

15. INTERIM RELIEF

16. RELIEF. Thomas F. Bergin & Paul G. Haskell, PREFACE TO ESTATES IN LAND AND FUTURE INTERESTS 8 (2D ED. 1984)       and

17. ALTERNATIVE RELIEF, SPECIFIC PERFORMANCE key 127. C.J.S. Specific Performance §§194-196, 198-199

SPECIAL-RELATIONSHIP EXCEPTION. 'E' STATES key 112.2(2)                                                                                      26

DANGER-CREATION EXCEPTION. 'F' STATES key 112.2(1)

LEGAL ESTOPPEL. 'G' ESTOPPEL key 1-51. C.J.S. Estoppel §§3,5-54, 201-204, 206-208, 210-211.

MERGER OF OFFENSES. 'H' CRIMINAL LAW key 30. C.J.S. Criminal Law §§14, 16-18 SEE, CORPORATIONS key 581. C.J.S. Corporations §§742-747 (corporate merger), JUDGMENT key 582. C.J.S. Judgments §704 (civil

procedure), 3 James Kent, Commentaries on American Law [*]99 (George Comstock ed., 11th ed. 1866); Estates in Property key 10, C.J.S Estates §§122, 152 (contracts); William R. Anson, Principles of the Law of Contract 85 (Arthur L. Corbin ed., 3d Am. ed. 1919); Contracts key 245, C.J.S. Contracts §416 (merger); and 54 Am. Jur. 2d Monopolies, Restraints of Trade, and Unfair Trade Practices §169, at 226 (1996); Monopolies key 20 (9), C.J.S. Monopolies §§110, 114 (conglomerate merger). But see, Appraisal remedy (Corporations key 245.1.C.J.S Corporations §657)), Order [*I](U.C.C. §3-102 (1)(b)), Tortious [*J](Restatement (2nd) of Torts §6), Instrument [*K](U.C.C. §§9-105(1)(g)), Intentional or/and [*M] with intent (Mod. Pen. Code §1.13(12)), Money (U.C.C. §1-201(40)), Damages [*N](accord, Restatement (2nd) of Tort §12A, especially Restatement (2nd) of Tort §§ 902-908)

[*27][27A] thru 27[*B]

False Light. 18 U.S.C. §§1658(b); 18 U.S.C.A. §§1658(b)

[*O]

[*P]

Petitioner are protected from "excessive" or unnecessary force by police or prison staff violates the Constitution, and may be remedied by damages (see, Wright vs. Shepard, 919 F.2d 665-669-73 (11th Cir. 1990) or injunctive relief ("stun belts": No. 350-03 (Land, Co. Cir. Ct., Miss), see, Ruiz vs. Johnson, 154F. Supp. 2d 975, 991-94, 999-1000 (S.D. Tex. 2001); Hawkins vs. Comparet-Cassini, 251 F.3d 1230, 1239-44 (9th Cir. 2001)); (misuse of force by the Cruel and Unusual Punishment Clause of the Eight Amendment; the core judicial inquiry is "... whether force was applied in a good-faith effort to maintain or restore DISCIPLINE, or maliciously and sadistically to cause harm (Baskerville vs. Mulvaney, 411 F.3d 45, 47-48 (2d Cir. 2005). The extent (M.C.A. (1972) §99-19-83) of injury inflicted (I.E./E.G., bribery, conspiracy, theft by extortion, and and,) is "one factor" and "[t]he absence of serious injury (Petitioner's drafted and filed criminal and civil affidavits, cases, and and, (being denied, dismissed and and,) is therefore relevant to the Eight Amendment inquiry, but does not end it. Hudson vs. McMillian, 503 U.S. 1, 6-7, at 7, at 7 (quoting Whitley vs. Albers; 475 U.S. 312, 320-21, 106 S. Ct. 1078 (1986)), 112 S. Ct. 995 (1992); accord, Wilkins vs. Gaddy, ___ U.S. ___, 130 S. Ct. 1175, 1178, at 1178-79 (2010). Standard Applied (Hudson v. 503 U.S at 7-8 (emphasis added); malicious and sadistic)

Continues on Page 27[*B] →

— Former Mississippi Department Of Corrections Commissioner Mr. Christopher L(B). Epps are under, deliberate indifference standard. Jackson vs. Austin, 241 F. Supp. 2d 1313, 1322-23 (D Kan. 2003); Buckner vs. Hollins, 983 F.2d 119, 121-22 (8th Cir. 1993); And Estate of Davis by Ostenfeld vs. Delo, 115 F.3d 1388, 1395 (8th Cir. 1997) because he had "realistic opportunit(ies)" to prevent or stop. Smith vs. Mensinger, 293 F.2d at 652

(.1. Supervisory Liability Claim. Cf. Curry vs. Scott, 249 F.3d 493, 507-08 (6th Cir. 2001); Danley vs. Allen, 540 F.3d 1298, 1315 (11th Cir. 2008); [Merriweather vs. Coughlin, 879 F.2d 1037, 1048 (2d Cir. 1989)

(2. Inadequate Investigation Of Citizen Complaints. Cf. Madrid vs. Gomez, 889 F. Supp. 1146, 1249 (N.D. Cal. 1995); Thomas vs. Frederick, 766 F. Supp. 540, 555-56 (W.D. La. 1991); Gutierrez-Rodriguez vs. Cartagena, 882 F.2d 553, 562-61 (1st Cir. 1989). See, "Past investigative policies and practices". Bordanaro vs. McLeod, 871 F.2d at 1167 (:

(2. Malicious intent and the appropriateness of punitive damages. McHenry vs. Chadwick, 896 F.2d 184, 189 (6th Cir. 1990)     ).27 (A)

(3. Conditions Of Confinement. Ct. Whitley vs. Albers, 475 U.S. 312, 320-21, 106 S.Ct. 1078 (1986) (cited in Hudson vs. McMillan, 503 U.S.L 6, 112 S.Ct. 995 (1992)); White vs. Holmes, 21 F.3d 277, 280 (8th Cir. 1994).

See, Villante vs. Dep't. of Corris. of City of New York, 786 F.2d 516, 519 (2d Cir. 1986); Hill vs. Marshall, 962 F.2d 1209, 1214 (6th Cir. 1992) (".. despite knowledge of a breakdown in services...."); Langley vs. Coughlin, 715 F. Supp. at 544, 549 HA ("..knowledge of deficiencies in mental health care"); Howell vs. Burden, 12 F.3d 190, 192-94 (11th Cir. 1994) ("..administrative authority"); Brown vs. Coughlin, 758 F. Supp. 876, 889 (S.D. N.Y. 1991) ("..personal duties to ensure....)

Ⅰ The "Knock" On The Wall So Stop The Psychologist Mr. Tom Moore (E.M.C.F) Entrapement (M.C.A. (1972), §§ 99-1-25; M.S.57-5899-1-25 (1972) Investigation And The Hidden Audiovisual Capturin "Prochman" By Highway Patrolman Mr. Melton Williams shows that defendants had reason to know of facts creating a high degree of risk of physical harm and acted in conscious disregard or indifference to that risk (Bulkowska vs. City of New York, 129 F. Supp. 2d 274, 291-92 (S.D. N.Y. 2001)

Ⅱ "Objective Reasonableness" standard, for detainee (Plaintiff). Andrew vs. Neer, 253 F.3d 1052, 1060-61 (10th Cir. 2001), and the U.S.C.A. Const. Admin. Ⅴ (Clause); Wilson vs. Williams, 83 F.3d 870, 875-76 (7th Cir. 1996)

Footnote! Ⅴ meanted Local Rule 30.1 and 30.2 (videotaped depositions); Local Rule 83.1 (B) (sensitive). See, Sanctions (Local Rule 26.1 (A) (5) (discovery); Local Rule 11.2 (unreasonable delay); 37.1 (Good Faith Certificate: failure to cooperate on)

Contenues on page 27 (B)

(28)

(b. Conduct "shock the conscience". Cf. Hills vs. Algor, 85 F. Supp. 2d 391, 401 (D.N.J. 2000)

(c. Acted with deliberate or callous indifference, evidenced by an actual intent to violate Plaintiff's rights and reckless disregard for Complainant's rights. Moore vs. Moore, 43 F. Supp. 2d 928, 985 (N.D. Ind. 1998).

Detainee Standard Of. Telfair vs. Gilberg, 868 F. Supp. 1396, 1412 (N.D. Ga. 1994), aff'd., 87 F. 3d 1330 (11th Cir. 1996) (unpublished). See, U.S.C.A. Const. Admt(s). IV and V under XIV.

.one. Prior Records of Mr. Christopher L(B). Epps (Ex-Commissioner: Defendant.)

- Criminal Conviction: Miss. R. Evid. 609, (a)(1), (a)(2) ("Required proof or admission of an act of dishonesty or false statement by the[] witness.") Note of the Advisory Committee to the 1990 Amendment to Rule 609.

- Plaintiff conviction should not have been admissible if a period of more than ten years has passed, because the Court did not Finds "That The Probative Value Of The Conviction Supported By Specific Faces And Circumstance Substantially Outweighs Its Prejudicial Effect." Rule 609(B). Plaintiff had established (M.C.A. (1972), §31-3-9; MS. ST. §31-3-9 (1972) " other crimes excluded from evidence (Rule 609(a) says its provisions are "subject to Rule 403," "may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice" (M.C.A. (1972) §34-1-29; MS. ST. §34-1-29 (1972)... under Miss. Const. §§ 278 (4).). U.S. vs. Alberti, 470 F. 2d 878, 882 (2d Cir. 1972); U.S. vs. Puco, 453 F. 2d 539, 542 (2d Cir. 1971)    27Ⓑ

- Ex-Commissioner Mr. Christopher L(B). Epps "opened the door". U.S. vs. White, 222 F. 3d 363 (7th Cir. 2000), U.S. vs. Baylor, 97 F. 3d 542 (D.C. Cir. 1996)

= Rejected (Restatement (2nd) of Contract §38(2) Ex-Commissioner Mr. Christopher L(B). Epp's Motion in Limine, Charles vs. Cotter, 867 F. Supp. 648, 656 n.3, 660 (N.D. Ill. 1994); U.S. vs. Robinson, 8 F. 3d at 410; Geitz vs. Lindsey, 893 F. 2d 148, 151 (7th Cir. 1990), See, Pena vs. Leombruni, 200 F. 3d 1031, 1034-35 (1999).

Continues on page 27Ⓒ →

㉙

"BEYOND A REASONABLE DOUBT", EVIDENCE key 90-98.
C.J.S. Evidence §§120-129 (burden of proof).
(1. Ex-Commissioner Mr. Christopher L.(B). Epps's Duty to prove
this disputed assertion and charge attached/enclosed.
Evidence key 90. C.J.S. Evidence § 120-121, 126, 128. See
William D. Hawkland, Uniform Commercial Code Series §2A-516-08
(1984); Rollen M. Perkins & Ronald N. Boyce, Criminal Law
78 (3D ED. 1982). But see, MIDDLE BURDEN OF PROOF (Evidence
key 596. C.J.S. Evidence §§1299, 1304-1306, 1308, 1310-1311,
1315-1317. See clear and convincing evidence standard
of review, requested)

"PERMISSION TO JOIN THE STATE OF MISSISSIPPI VS
Mr(S). EPPS AND McCRORY FEDERAL COURT CASE (BEFORE
And On April 2005), MOTION TO LEAVE BY THE APPRO-
PRIATE COURT(S)". M.R.Civ.P. rules 20 (BLACK'S LAW DICTION-
ARY (the word "USE"(4))(9TH ED. 2009)): Severance, Review, And
Adding Parties (BURNHAM VS. STEVENS, 1999 MISS. APP. LEXIS 33, —So.2D—
(MISS. CT. APP. 1999); BOBBY KITCHENS, INC. VS. MISSISSIPPI INS. GUAR. ASS'N,
560 So.2D 129 (MISS. 1989); McDONALD VS. HOLMES, 595 So.2D 434 (MISS. 1992)).
RIGHTS TO RELIEF, QUESTION OF LAW OR FACT, AND/OR LIABILITIES under,
CAUSE OF ACTION (Edwin E. Bryant, THE LAW OF PLEADING UNDER
THE CODES OF CIVIL PROCEDURE 170 (2D ED. 1894) and ACTION key 1, 2.
C.J.S. Actions §§ 2-9, 11, 17, 21, 26, 31-33, 36)'s "right to relief
jointly, severally, or in the alternative in respect of or arising
out of the same transaction, occurence, or series of trans-
actions or occurences, and if any question of law or fact,
common to all these persons will arise in the action".
3A MOORE'S FEDERAL PRACTICE ¶¶ 20.01-08 (1968), 7 WRIGHT & MILLER,
FEDERAL PRACTICE AND PROCEDURE, CIVIL §§1651-1660 (1972), and
FED. R. CIV. P. 42(b): MI.O.A. §§11-7-21 AND 13, 11-7-177 AND -179 (1972),
STONER VS. COLVIN, 236 MISS. 736, 748, 110. SO. 2D 920, 924 (1959), COMSTOCK
VS. RAYFORD, 9 MISS. 423, 438-39 (1843), Accord RICHARDSON VS. BROOKS,
52 MISS. 118 (1876) ALL PLAINTIFF'S PERMISSIVE JOINDER OF PARTIES
claim for relief (. MODEL PENAL CODE §§ 224.1(1), 224.8(2) (COMMERCIAL):
ROLLEN M. PERKINS & RONALD N. BOYCE, CRIMINAL LAW 537 (3D ED. 1982), Bribery key 1. C.J.S.
Bribery §§2-3, 5-8, 10-11; and MOD. PEN. CODE §240.1. — Deep key 3. C.J.S. Deeds §§ 1-8 —
- PLAINTIFF REQUEST(S) PROSECUTION, EXECUTION (ruled for DAMAGES), release from
CUSTODY(S), AND WHATEVER THE HONORABLE COURT DEEMS JUST AND FAIR.

(30)

'5'

PLAINTIFF STATES, FORMER COMMISSIONER MR. CHRISTOPHER L(B). EPPS UNCONSCIONABLE DEALING; ESPECIALLY, IN CONTRACT LAW (:

- bidding PROCESS (SEE FEDERAL ACQUISITION REGULATION). PUBLIC CONTRACTS key 5. C.J.S. Public Administrative Law and Procedure § 87-9

- the contract (I.E./E.G., M.C.A. (1972), §§ 47-5-1105, --1109, --1111, --1115, and 1119 (SPECIAL NEEDS); 47-4-1 (PRIVATELY OPERATED) and 47-3-1 (REMOVAL OF PLAINTIFF); AND ETAL.(ET.SEQ.), SEE, CRIMINAL PROCEDURE, M.C.A. (1972), §§ 99-1-1 THRU 99-43-1; MS. ST. §§99-1-1 THRU 99-43-1(1972); and AND,-) THAT DIRECTLY BENEFITS A THIRD PARTY (PLAINTIFF under, STATES key 112.2(4)/ STATES key 112.2(2) (EXCEPTION/doctrine)) AND THAT GIVES THE THIRD PARTY (

= THIRD-PARTY ACTION, An action brought as part of a lawsuit already pending but distinct from the main claim, whereby A DEFENDANT (MICHAEL HENRY HEARN #34426/PLAINTIFF) sues an entity NOT sued by the PLAINTIFF when that entity may be liable to the DEFENDANT for all or part of the plaintiff's (Michael Henry HEARN, M.DO.C. No. 34426; SEE, THIS PENDING ENCLOSED/ATTACHED CASE ·FOR April 2015.) CLAIM. PARTIES key 50. C.J.S. Parties §§128-131, 142, 151.

27[10]

(A. DANGER-CREATION EXCEPTION. THE THEORY THAT IF A STATE'S AFFIRMATIVE CONDUCT PLACES A PERSON IN JEOPARDY, THEN THE STATE (STATE OF MISS- ISSIPPI / FORMER Commissioner MR. Christopher L(B). Epps) MAY BE LIABLE FOR THE HARM (:

1) serious bodily injury (18 U.S.C. §§242; 18 U.S.C.S. §§242). HOMICIDE key 530.

2.) willful and malicious injury (11 U.S.C §§523(2)(6); 11 U.S.C.S §§523(2)(6)), BANKRUPTCY key 3355. C.J.S. Bankruptcy §332)

3). personal injury (RESTATEMENT (2ND) OF TORTS §§ 7(2)( PHYSICAL HARM), 7(1) (INJURY); and 7(2)(HARM)). INSURANCE key 2306; SEE, WORKERS' COMPENSATION key 552~566, 604-770. C.J.S. Workmen's Compensation §§ 323-337, 365-470, 475.

4) malicious injury (MODEL PENAL CODE §220.(1):

CRIMINAL MISCHIEF). STATUTES key 184. C.J.S. Statutes §316 (MISCHIEF RULE).

5.) DERELICTION OF DUTY; UNLAWFUL OR IMPROPER BEHAVIOR, BY FORMER COMMISSIONER MR. CHRISTO-PHER L(B). EPP's CORRUPT VIOLATION, AFFIRMAT-IVE ACT OR MISREPRESENTATION OR CONCEAL-MENT OF A MATERIAL FACT (I.E./E.G., 42 U.S.C. §§1997c (2), M.C.A. (1972), §§47-5-801 et seq., AS AMENDED ;42 U.S.C.S. §§1997(2), MS. ST. §§47-5-801 et seq., AS AMENDED, AND,.); INTENTIONAL WRONGFUL BEHAVIOR OF ASSIGNED DUTIES BY malfeasance, misfeasance, OR nonfeasance. OFFICERS AND PUBLIC EMPLOYEES key 121. C.J.S. Officers and Public Employees §§329-334; ESTOPPEL key 62.2(3)(4). C.J.S. Estoppel §§174,177-182, SEE, Wanton Misconduct (MISS. CONST. §§177A, M.O.A. (1972), §§1-5-7)

INFLICTED ON THAT PERSON BY A THIRD PARTY, States key 112.2(1).

L(B). SPECIAL-RELATIONSHIP EXECEPTION, THE THEORY THAT IF A STATE (STATE OF MISSISSIPPI / FORMER COMMISSIONER MR. CHRISTOPHER L(B). EPPS.-"Constitutor) HAS ASSUMED CONTROL OVER PLAINTIFF SUFFICIENT TO TRIGGER AN AFFIRMATIVE DUTY TO PROTECT THAT INDIVIDUAL (AS in "invol-untary hospitalization OR CUSTODY), THEN THE STATE may BE LIABLE FOR THE HARM (:

.1) "[T]HE UNTIDY DISTINCTION BETWEEN EXECUTORY ACCORDS AND SUBSTITUTED CONTRACTS should not BE ALLOWED TO COMPLICATE LITIGATION ABOUT ROUTINE CLAIM SETTLEMENT; UNDERTAKING OR COMMITMENT TO DO OR REFRAIN FROM DOING ANYTHING IN THE FUTURE. John D. Calamari & Joseph M. Pezillo, THE LAW OF CONTRACTS §1.1, AT 1-2 (4TH ED. 1998), Contracts key 1. C.J.S. Contracts §§8, 9, 12(: John D. Calamari & Joseph M. Pezillo, THE LAW OF CONTRACTS §1, AT 1-2 (WALTER H.E. JAEGER ED., 3D ED. 1957 (FOOTNOTE OMITTED), AND William R. Anson, PRINCIPLES OF THE LAW OF CONTRACT 13 N.2 (Arthur S. Corbin ED., 3D AM. ED. 1919))

27 ⒠

2.) CONSTRUCTIVE CONTRACT (CONTRACT key 198).
E. Allen Arenaweth, Contracts key 2, 20, at 103 (2D
Ed. 1990), Grant Gilmore, The Death Contract
73-74 (1974), and IMPLIED AND CONSTRUCTIVE
CONTRACTS key 1. C.J.S. Implied and Construct-
ive Contract §§ 2-3.

3.) EMPLOYMENT CONTRACT (M.C.A. (1972), §§ 47-5-41,
MS. ST. § 47-5-41 (1972) (MISS. DEPT. OF CORRS. EM-
PLOYEE'S OATH law). MASTER AND SERVANT key 2.
C.J.S. Apprentices § 2, Employee-Employee Re-
lationship §§ 21, 25-26)

4.) PUBLIC CONTRACT (MISS. CONST. ART. VII, §§ 178 (
Corporations shall be formed under general law
only. The legislature shall have power to alter,
amend or repeal any charter of incorporation
now existing and revocable, and any that may
hereafter be created, whenever, in its opinion,
it may be for the public interest to do so.
Provided, however, that no injustice shall be
done to the stockholders. Laws 1987, ch. 690,
effective December 4, 1987) and 121 (The
governor shall have power to convene the Leg-
islature in EXTRAORDINARY session whenever,
in his judgment, the public interests requires
it ... by public proclamation ..., except Impeach-
ments and examination into the accounts of
state officers, ...) (: 75, 200, and U.S.C.A. Const. Amt.
XIV ("Enforcement")) (M.C.A. (1972): Miss. 1890):
U.S.C.A. Const. Art. IV, § 1 (Act and record), Art. VI (trust),
Art. I, § 9, cl. 2 (safety), and Admt. V (use) (PUBLIC(s)):
Miss. Const. §§ 250, 267, 284 (2x), 183 (2x), 109, 92, 103, 143, 250
(2x), 266, 175 (4x), 20, 268, 267, 272A, 90; 20, 252 (PUBLIC
OFFICERS AND EMPLOYEES) § 112, 192, 188, 146 (PUBLIC
UTILITIES), 186 (PUBLIC COMMISSIONER), and 26
(PUBLIC TRIAL) & Public Contracts key 1. C.J.S. Public

27 (F)

33

Administrative Law and Procedure §§
2-3,6.

5) SERVICE CONTRACT, Contracts key 190; Sales
key 3.1. C.J.S. Contracts § 341; Sales 353-4

6:) STANDARD-FORM CONTRACT (E. Allen Farnsworth,
CONTRACTS § 4.26, AT 296-97(3D ED. 1999), Quintin
Johnstone & Dan Hopson Jr., LAWYERS AND THEIR
WORK 329-30(1967), CONTRACTS key 1. C.J.S Con-
tracts §§ 2-3, 9, 12). salted with Kessler,
CONTRACTS OF ADHESION — SOME THOUGHTS ABOUT
FREEDOM OF CONTRACT, 43 COLUM. L. REV. 629,
631-39(1943); Contracts key 1. C.J.S. Contracts
§§ 2, 9, 12.

7.) STATUTORY CONTRACT. 42 U.S.C. §§ 12101-12213
,47-5-1101 - 47-5-1123, AND 1381 under, 1997
(2)(A)-(C); 42 U.S.C.S. §§ 12101-12213 (the Americans
with Disabilities Act (1990/REV. 2008), 47-5-1101 -
47-5-1123 (Special Needs) under, 1997(2)(A)-(d),
STATUTES OFTEN GOVERN (18 U.S.C. §§ 377; 18 U.S.C.S. §§
377) THE CONTRACTS MADE BY PUBLIC ENTITIES,
BUT ALSO SOME BY PRIVATE PERSONS; THIS
CONTRACT FOR WHICH A STATUTE PRESCRIBES
CERTAIN TERMS.

8.) JUDICIAL NOTICE (judicial notice of prior rec.)
CRIMINAL LAW key 304; EVIDENCE key 1-52. C.J.S. Cri-
gene § 823; Criminal Law § 657; Evidence §§ 8-119;
Sending Stamps and Coupons 52; Mass. R. Evid.
201 et al. (et seq.); FED. R. EVID. 201 et al. (et seq.)

9.) RIGHT TO PETITION. Constitutional Law key 91.
C.J.S. Constitutional Law §§ 461- 462, 466, 612-629

10.) RIGHT TO COUNSEL (U.S.C.A. Const. Admts. VII (IV,
AND VIII (: X, IX, VI, and I)). In re Gault, 387
U.S. 1, 87 S. Ct. 1428 (1967); CRIMINAL LAW key 641.1. C.J.S.
Criminal Law §§ 277-278, 281. SEE, Santosky vs.
Department of Soc. Servs., 455 U.S. 18, 102 S. Ct. 2153 (1982)

11.) RIGHT OF ACTION. ACTION Key 1,2, C.J.S. Actions §§ 2-9, 11, 17, 21, 26, 31-33, 36 ; Action Key 1, 2; Property Key 5. 5. · C.J.S. Actions §§2-9, 11, 17, 21, 26, 31-33, 36; Property §22; Leading Stamps and Coupons §2

12.) VESTED (substantive) RIGHT. Constitutional Law Key 92-112. C.J.S. Constitutional Law §§228-276.

13.) LEGAL RIGHT. E. Allen Farnsworth, Contracts §3, 4, at 114 n. 3 (3D. 1999), American Bank & Trust Co. vs. Federal Reserve Bank of Atlanta, 256 U.S. 350, 358, 41 S. Ct. 499, 500 (1921) (HOLMES, J.), John Chipman Gray, THE NATURE AND SOURCES OF THE LAW 8-9 (2D ED. 1921).

27 (H)

14.) THIS CASE (April 2015) OF FORMER COMMISSIONER MR. CHRISTOPHER LCB. EPPS MALICE AND INTENT INTERFERENCES WITH CONTRACTUAL RELATION'S, BRIBERY IS PLAINTIFF'S ACTIONABLE CRIMINAL ENTERPRISES claim, Charles A. McCormick, HANDBOOK ON THE LAW OF DAMAGES §113, at 417 (1935). SEE, LIBEL AND SLANDER Key 6-14. C.J.S. Libel and Slander; Injurious Falsehood §§ 2, 5, 10-13, 17-43, 104 (actionable words).

15.) EQUALITY. Morris R. Cohen, REASON AND LAW 105 (1961)

16.) RIGHT OF RELIEF. SUBROGATION Key 1. C.J.S. Subrogation §§ 9-15, 19, 91) INFLICTS ON THE INDIVIDUAL BY A THIRD PARTY. STATES Key 112. 2(2).

(C. DIVERSITY OF CITIZENSHIP (28 U.S.C § 81331; 72 STAT. 415 (1958).
FEDERAL COURTS Key 303. 28 U.S.C. §81359; 28 U.S.C. §81359, AND FEDERAL COURTS Key 286 (complete diversity: STRAWBRIDGE VS. CURTISS, 7 U.S. (3 CRANCH) 267 (1806)).

A RIGHT TO SUE (18 U.S.C. : FEDERAL CRIME) ANY OF THE ORIGINAL CONTRACTING PARTIES FOR BREACH. CONTRACTS Key 182 C.J.S. Contracts §§612-622, 624-629.

}, THE UNFAIR USE OF POWER ARISING OUT OF THE PARTIES' RELATIVE POSITIONS AND RESULTING IN AN UNCONSCIONABLE BARGAIN (William R. Anson, PRINCIPLES

OF THE LAW OF CONTRACT 263 (Arthur S. Corbin ed., 30 Am. Ed. 1959); FRAUD KEY (S). 13(3); 31; AND 1, 3, 16; and CONTRACTS KEY 1. C.J.S. Contracts §§ 2-3, 9, 12.) UNDER, CRIMINAL FRAUD (INTERNAL REVENUE KEY 5263. 20; TAXATION KEY, 1103. C.J.S. Internal Revenue §§ 851-852; Taxation § 1782.). See, EXTRINSIC FRAUD (JUDGMENT KEY 375, 443(2). C.J.S. Judgments § 309.), INTRINSIC FRAUD (JUDGMENT KEY 373, 441. C.J.S. Judgments §§ 319, 331, 465, 471), CONTRUCTIVE FRAUD (Encyclopedia of Criminology 175 (VERNON C. BRANHAM & SAMUEL B. KUTASH EDS., 1949), S.V. "FRAUDS"; FRAUD KEY S), ACTUAL FRAUD (FRAUD KEY 3), and FRAUD-ULENT-CONCEALMENT RULE (LIMITATION OF ACTIONS KEY 104). AGAIN, PLAINTIFF PRAYED GRANTED PLEASE, PERMISSION THRU FORMER COMMISSIONER MR. CHRISTO-PHER L(B). EPPS, ET AL.'S CASE (April 2015) UNDER THE EQUAL PROTECTION CLAUSE (POLYVIOUS G. POLYVIOU, The Equal Protection of the Laws 4 (1980); Police Dep't vs. Mosley, 408 U.S. 92, 95, 92 S. Ct. 2286, 2290 (1972), Baxstrom vs. Herold, 383 U.S. 107, 111, 86 S. Ct. 760, 763 (1966); CONSTITUTIONAL LAW KEY 209-250. 5. C.J.S Constitutional Law §§ 700-773, 775-912, 919-944; Zoning and Land Planning §23). U.S.C.A. CONST. ADMT. XIV; CONSTITUTIONAL LAW KEY 209-250. 5. C.J.S. Consti-tutional Law §§ 700-773, 775-912, 916-917, 919-944; Zoning and Land Planning §23 (EQUAL PROTECTION CLAUSE) PURSUANT THRU FEDERAL JURISDICTION (BLACK'S LAW DICTIONARY (1800) (9th ED. 2009); FEDERAL COURTS %0 4 E 3, 1.

2 ① ①

- federal-question (COURTS KEY 7; FEDERAL COURTS %0 4 E 3.1; BLACK'S LAW DICTIONARY (1936) (9th ED. 2009) (subject-matter jurisdiction; 28 U.S.C. §§ 1331, 1331(a)) 28 U.S.C.; 28 U.S.C. § 1331, 1331(a), 28 U.S.C.S. (federal question) jurisdiction (FEDERAL COURTS KEY 161-247), AND FEDERAL RULES (28 U.S.C. §§ 1652, 18 U.S.C.; 28 U.S.C. §§ 1652, 18 U.S.C.S. (Rules Of Decisions; State Law) ENABLING ACT (for RULEMAKING POWER of federal courts; 28 U.S.C. §§ 2071, 2072, AND FED. R. CRIM. P. 57); FEDERAL CIVIL PROCEDURE KEY 31. SEE, F.R. CIV. P. 83, AND 18 U.S.C. §§ 2071, 2072.

       'T'

       PLAINTIFF ACKNOWLEDGE THE FACT OF FORMER COMMISSIONER MR. CHRISTOPHER L(B). EPP'S INCREASINGLY COMPLEX INTERSTATE CRIMINAL ACTIVITY, SINCE THE TENTH JUDICIAL DISTRICT CIRCUIT COURT (No. 350-05), Mass., illegally, non-terrestial, NOT constitutionally, and unlaw-fully CHANGED PLAINTIFF TRIALCOURT DATE TO PROSECUTION FORMER COMMISSIONER MR. CHRISTOPHER L(B). EPP'S CASE/CAUSE IN MERIDIAN, MISSISSIPPI; SO PLAINTIFF FILES HIS CLAIM OF "A FEDERAL LAW;

ENACTED IN 1961, THAT PROHIBITS CONDUCT INTENDED TO PROMOTE, DIRECT, OR MANAGE ILLEGAL BUSINESS ACTIVITIES IN INTERSTATE COMMERCE ( 18 U.S.C. § 1952; 18 U.S.C.A. § 1952 ). COMMERCE KEY 82.40. C.J.S. COMMERCE §§ 133-134, 136-141. PLAINTIFF REQUESTS THE HONORABLE CLERK(S), COURT REPORTER(S), AND COURT(S) TO SEND HIM ALL RELEVANT AND LEGAL "NEEDY" INFORMATIONS AND EVIDENCE IN THIS CRIMINAL PROCEEDINGS. CRIMINAL LAW KEY 700 (: CRIMINAL LAW KEY 394, 700; EVIDENCE KEY 154. C.J.S CRIMINAL LAW §§ 486, 490, 510, 770, 1233, 1236; EVIDENCE §§ 252-253, SUPPRESSION OF EVIDENCE ) UNDER, PLAINTIFF OBJECTION ( 18 U.S.C. §§ 3771, 3772; 18 U.S.C. §§ 3771, 3772 (RULEMAKING POWER) ). C.J.S. Act II §§ 220-221. TRIAL KEY 77; FEDERAL CIVIL PROCEDURE KEY 2017! AND FED. R. CIV. P. (INSTRUCTION). 27 PLAINTIFF PRAYED GRANTED IN THIS CASE ENTIRETY(IES), THRU BE DECREED, JUDGMENT, AND RULINGS IN FAVOR OF PLAINTIFF. ROBERT E. KEETON, JUDGING 67-68 (1990! COURTS KEY 88. C.J.S. COURTS § 139; SERDE -MARKS, SERDE -NAMES, AND UNFAIR COMPETITION § 187 ( LEGAL RULING CLAIM FOR RELIEF. )

'4'

WHETHER THE HONORABLE FEDERAL COURT ERRED (PROSSER AND KEETON ON THE LAW of torts § 131, AT 1053-54 (W. PAGE KEETON ED., 5TH ED. 1984): Governmental Function Torts) THRU THE FEDERAL QUESTION PRESENTED ("A governmental entity and its employees acting within the course and scope of their employment or duties SHALL NOT BE liable for any claim ARISING OUT OF ANY ACT OR OMISSION OF A GOVERNMENTAL ENTITY ENGAGED IN THE PERFORMANCE OR EXECUTION OF DUTIES OR ACTIVITIES RELATING TO POLICE OR FIRE PROTECTION UNLESS THE EMPLOYEE ACTED IN RECKLESS DISREGARD OF THE SAFETY AND WELL-BEING OF ANY PERSON NOT ENGAGED IN CRIMINAL ACTIVITY AT THE TIME OF INJURY' M.C.A. (1972) §§ 11-46-9 (1)(c); MISS. ST. §§ 11-46-9 (1) (C) (1972) IN THE CITED INFORMATION ABOUT/BY FORMER COMMISSIONER MR. CHRISTOPHER L (B). EPPS IN 3 So. 3d 722 (Sup. Ct. of Miss. -No. 2007-KA-0139 S.Ct. -10/11/2008 REH'G. DEN'D. 03/19/2009) (CASE) UNDER PERJURY (PERJURY KEY 1. C.J.S. PERJURY §§ 2-3, 5+8, 21, pursuant thru PERJURY TRAP DOCTRINE (PERJURY KEY 10, 15. C.J.S. PERJURY §§ 11, 21, 25-53 ) IN THIS CAUSE/ CASE ( 18 U.S.C. §§ 1652 ( '87 OF THE CIVIL RIGHTS OF INSTITUTIONALIZED PERSONS

Act, 94 Stat. 352; §7(a): Rev. Stat. §1979) 28 U.S.C. ; 18 U.S.C.S. §§1652(!§7 of the Civil Rights of Institutionalized Persons Act; §7(a): Rev. Stat. §1979)'s proceeding instituted to determine the former Commissioner Mr. Christopher L(B). Epps's guilt or innocence or to set the former Commissioner Mr. Christopher L(B). Epps's punishment; a criminal hearing or trial (Edwin E. Bryant, The Law of Pleading Under the Codes of Civil Procedure 3-4 (2d Ed. 1899): Bankruptcy Key 2156. C.J.S. Bankruptcy §261)

— in State vs. Hearn above cited case and "currently and ongoingly" drafted and filed grievance by Plaintiff who is not engaged in a criminal activity that had a causal nexus to the wrong-doing of the law enforcement officer (/Former Commissioner Mr. Christopher L(B). Epps: Miss. Const. §§ 278 and/or 266 (4)), he (Epps) "acted in reckless disregard of safety of any person not engaged in criminal activity at time of injury'", See, City of Jackson vs. Calcote, 2005, 910 so. 2d 1103, Reh'g den. p.
         Municipal Corporation s Key 747(3)

- Plaintiff (in custody: detainee) is ministerial duties in nature and immunity is not provided regardless of whether the discretion is abused, A.L.I. Model Penal Code §2.02(2)(c), and Comment 3(1985)(criminal law recklessness). See, Forfeitures (M.C.A.(1972),§§1-1-23; Ms. St. §51-1-23(1972): Op. Atty. Gen. No. 2003-0592, Hedgepeth, April 17, 2003).

"V"

Mark (Black's Law Dictionary (1868) (9th Ed. 2009) and (1916( United States Key 23(3)) that — "PROTECTION BY THE GOVERNMENT; the enjoyment of life and liberty, with the right to require and possess property of every kind, and to pursue and obtain happiness and safety...." Globe App. 69 (EMPHASIS ADDED), quoting 4 Wash.C.O, at 380-81. See §1 of the U.S. Const. Admt. XIV ( Privileges and Immunities Clause —Art. IV.
: §2 of the 1871 Act, prosecuted persons who violated federal rights whether or not that violation was under color of official authority.
: The power of federal courts to enforce the Contract Clause against municipalities. Globe 751-752
: §5 of the Fourteenth Amendment empowers Congress to step in and provide for doing JUSTICE to those persons who are thus denied equal protection."

°otnote: ⊕ mounted , 28 U.S.C.S.

otnote: Cong. Globe, 42d Cong, 1st Sess, 749 (1871) (Globe)

§1 OF THE FOURTEENTH AMENDMENT (REP. BINGHAM) OF THE CIVIL RIGHTS ACT (PERSONS: MUNICIPAL CORPORATION) ID., AT 153 (REP. GARFIELD). SEE ALSO, MONROE VS. PAPE, 365 U.S., AT 171-187, 81 S.CT. AT 475-484, BUT SEE, SENATOR THURMAN (

> "THIS SECTION RELATES WHOLLY TO CIVIL SUITS.... ITS WHOLE EFFECT IS TO THE FEDERAL JUDICIARY [I.E./E.G., 15 U.S.C. §§ 2051 ET SEQ (1972); JUDICIARY ACT 1 STAT. 73 (1789); AND/OR AND] THAT WHICH NOW DOES NOT BELONG TO IT- A JURISDICTION [I.E./E.G. 18 U.S.C. §§ 1343, 1331, 28 U.S.C.; 18 U.S.C.S. §§ 1343, 1381. SEE, BELL VS. HOOD, 327 U.S. 678, 682, 66 S.CT. 773, 90 L. ED. 939 (1946)] THAT MAY BE CONSTITUTIONALLY CONFERRED UPON IT, EL GRAND [DEEDS KEY 3, C.J.S. DEEDS §§ 331-8], BUT THAT HAS NEVER YET BEEN CONFERRED UPON IT. IT AUTHORIZES ANY PERSON WHO IS DEPRIVED OF ANY RIGHT, PRIVILEGE, OR IMMUNITY SECURED TO HIM BY THE CONSTITUTION OF THE UNITED STATES, TO BRING AN ACTION AGAINST THE WRONG-DOER IN THE FEDERAL COURTS, AND THAT WITHOUT ANY LIMIT WHATSOEVER AS THE AMOUNT OF CONTROVERSY... ). GLOBE APP. 216-217 (EMPHASIS ADDED).

27①

NONETHELESS, SUITS COULD BE BROUGHT IN FEDERAL COURT (ART. III AND THE JUDICIARY ACT OF 1789; BANK OF THE U.S. VS. DEVEAUX, 5 CRANCH 61, 86, AT 91, 3 L. ED. 38 (1809) ) IF THE NATURAL PERSONS WHO WERE MEMBERS OF THE CORPORATION WERE OF DIVERSE CITIZENSHIP FROM THE OTHER PARTIES TO THE LITIGATION. SEE, E.G., GLOBE 777 (SEN. SHERMAN); ID., AT 752 (REP. SHELLABARGER) ("[C]OUNTIES, CITIES, AND CORPORATIONS OF ALL SORTS ... TO SUE AND BE SUED IN THE COURTS OF THE UNITED STATES"). ACT OF CONGRESS ("IN ALL ACTS HEREAFTER PASSED...THE WORD 'PERSON' MAY EXTEND AND BE APPLIED TO BODIES POLITIC AND CORPORATE ... UNLESS THE CONTEXT SHOWS THAT SUCH WORDS WERE INTENDED TO BE USED IN A MORE LIMITED SENSE." ACT OF FEB. 25, 1871, §2, 16 STAT. 431. THERE IS NO DISCERNIBLE REASON WHY PERSONS INJURED BY MUNICIPAL CORPORATIONS SHOULD NOT BE ABLE TO RECOVER. NORTHWESTERN FERTILIZING CO. VS. HYDE PARK, 18 F. CAS. 393, 394, AT 394 (NO. 10, 336) (C.C. N.D. ILL. 1873). TO

END THAT JUSTICE MAY BE DONE... WITH COSTS AND INTEREST... IN ANY COURT OF COMPETENT JURISDICTION (Black's Law Dictionary 259(6th ed. 1990) ) ..., shall ALSO BE SUBROGATED TO ALL THE PLAINTIFF's RIGHT UNDER SUCH JUDGMENT. GLOBE 663. Id. at 749, 755, AND Id., AT 804 (EMPHASIS ADDED). "WHERE A POWER IS REMEDIAL IN ITS NATURE THERE IS MUCH REASON TO CONTEND THAT IT OUGHT TO BE CONSTRUED LIBERALLY, AND IT IS GENERALLY ADOPTED IN THE INTERPRETATION OF LAWS." —1 Story on Constitution, SEC. 429." GLOBE APP., AT 68. See, E.G., GLOBE 334 (REP. HOAR); Id., AT 365 (REP. ARTHUR), Id. AT 367-368 (REP. SHELDON), Id., AT 385 (REP. LEWIS), GLOBE APP. 247 (SEN. THURMAN. See. at [**] GLOBE 805, But see, Id., AT 745.

'W'
AFFIRMATIVE DEFENSE. CRIMINAL LAW Key 31(1: FEDERAL CIVIL PROCEDURE
                        Key 751; PLEADING Key 76, 78, 130 )
            —REAL DEFENSE, BILLS AND NOTES Key 364.
      'X'
BOARD(S): of REVIEW. ADMINISTRATIVE LAW AND PROCEDURE Key 513. C.J.S. Public
        Administrative Law and Procedure §§166-171: Taxation Key 464-492.
        C.J.S. Social Security and Public Welfare §200; Taxation §§681,
        686-726: MUNICIPAL CORPORATIONS Key 185(12). C.J.S. Municipal
        Corporations §§516, 520-521;
        of REGISTRATION. LICENSES Key 22, 38. C.J.S Agriculture 94;
        of REGENT. COLLEGES AND UNIVERSITIES Key 7. C.J.S. Colleges and Univer-
        sities §§15-18;
        of Patent Appeals and Interferences. PATENTS Key 111. C.J.S
        Patents §§180-183;
        of Pardon. PARDON AND PAROLE Key 55.1;
        of legal specialization. ATTORNEY AND CLIENT Key 3. C.J.S. Attorney
        and Client §§11-12;                                    and
        of Trade. COMMODITY FUTURE TRADING REGULATED Key 6.
        C.J.S. Securities Regulation §455

COMPELLING ATTENDANCE. MISS. CONST. §§54(11); Danosky vs. Danosky, 222 Ga. 118, 149
                    S.E. 2d 252, 254

| MISSISSIPPI DEPARTMENT OF CORRECTIONS | POLICY NUMBER 01-01 · 234 |
|---|---|
| | AGENCY WIDE |
| **POLICIES AND STANDARD OPERATING PROCEDURES** | INITIAL DATE 06-01-2000 |
| ACA STANDARDS: 2-CO-1A-05, 2-CO-1A-16, 2-CO-1A-17, 4-4004, 4-4005, 4-4012 thru 4-4014, 4-ACRS-7B-07 thru 4-ACRS-7B-09, PP 3-3006, PP 3-3019, PP 3-3020 | EFFECTIVE DATE 02-15-2008 |
| STATUTES: 25-61-1, 47-5-20 | NON-RESTRICTED | Page 1 of 3 |

1  <u>**POLICY:**</u>
2
3  It is the policy of the Mississippi Department of Corrections (MDOC) to formulate, promulgate,
4  and maintain comprehensive policies and standard operating procedures that provide for the
5  operation and management of the MDOC.
6
7  <u>**DEFINITIONS:**</u>
8
9  <u>Policy</u> – Principles that establish the method of operation for the Mississippi Department of
10  Corrections as required by law, American Correctional Association (ACA) standards and
11  acceptable professional correctional practices.
12
13  <u>Standard Operating Procedures (SOPs)</u> – Specific plans of action designed to implement policy
14  precepts.
15
16  <u>**PRECEPTS:**</u>
17
18  The Commissioner will establish procedures for the development of policies and procedures
19  that provide for the operation and management of the MDOC.  Procedures will include, but not
20  be limited to the following:
21
22  ⊙  Development and revisions of policies and procedures
23  ⊙  Compliance and accountability
24  ⊙  Policy /SOP Review Committee
25  ⊙  Executive Directives
26  ⊙  Issuance and distribution of policies and procedures
27  ⊙  Access to policies, procedures and forms
28
29  *Adult Correctional Institutions:* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
30  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
31
32  *Adult Community Residential Services:*  **Employees participate in the formulation of**
33  **policies, procedures, and programs [4-ACRS-7B-09].**
34
35  *Adult Probation and Parole Field Services:* **The field agency can document that all levels of**
36  **staff participate in the development and review of organizational goals, policies,**
37  **procedures, rules, and regulations [PP 3-3006].**

| TITLE:  POLICIES AND PROCEDURES | | POLICY NUMBER 01-01 240 |
|---|---|---|
| EFFECTIVE DATE: 02-15-2008 | NON-RESTRICTED | Page 2 of 3 |

38 *Adult Correctional Institutions:* 
39
40

42 *Administration of Correctional Agencies* (Central Office):  The agency has a policy manual
43 that specifies its policies, programs, and services offered, which is available to all
44 employees and to the public [2-CO-1A-16].

46 *Administration of Correctional Agencies* (Central Office): The agency administrator is
47 responsible for developing and maintaining an operations manual(s) that includes
48 policies, procedures, rules and regulations of the agency and is available to all staff.
49 This manual(s) is reviewed at least annually by the agency administrator or his/her
50 designee and is updated as needed [2-CO-1A-17].

52 *Adult Correctional Institutions:*
53
54
55

57 *Adult Community Residential Services:*   Procedures that describe operating and
58 maintaining the facility are specified in a manual that is accessible to all employees [4-
59 ACRS-7B-07].

61 *Adult Probation and Parole Field Services:* An agency manual, including policies,
62 procedures, rules, and regulations of the field agency, is developed and maintained by
63 the agency administrator.  The manual is reviewed annually, updated as procedures
64 change, and is available to all staff [PP 3-3019].

66 *Adult Correctional Institutions:* 
67
68
69

71 *Administration of Correctional Agencies* (Central Office):  Policy, procedure, and practice
72 govern the development and dissemination of agency policies.  This policy is reviewed
73 annually and updated if necessary [2-CO-1A-05].

75 *Adult Correctional Institutions:* 
76
77

79 *Adult Community Residential Services:* Policies are reviewed at least annually and new or
80 revised policies and procedures are made available prior to implementation to
81 designated staff and volunteers [4-ACRS-7B-08].

83 *Adult Probation and Parole Field Services:* Written policy, procedure, and practice provide
84 that new or revised policies and procedures are disseminated to designated staff and

| TITLE:  POLICIES AND PROCEDURES | | POLICY NUMBER 01-01 . 24 |
|---|---|---|
| EFFECTIVE DATE: 02-15-2008 | NON-RESTRICTED | Page 3 of 3 |

85   volunteers, and, when appropriate, to probationers/parolees prior to implementation [PP
86   3-3020].
87
88   **DOCUMENTS REQUIRED:**
89
90   As required by this policy and through the chain of command.

---

### ENFORCEMENT AUTHORITY

All standard operating procedures (SOPs) and/or other directive documents related to the implementation and enforcement of this policy will bear the signature of and be issued under the authority of the Commissioner of Corrections.

| Reviewed and Approved for Issuance | *signature*                2/15/08 |
|---|---|
| | General Counsel                        Date |
| | *signature*                02/15/08 |
| | Commissioner                           Date |

30

01-01 (d)
Forms

| MISSISSIPPI DEPARTMENT OF CORRECTIONS | SOP NUMBER 01-01-01 -242 |
|---|---|
| | AGENCY WIDE |
| POLICIES AND STANDARD OPERATING PROCEDURES | INITIAL DATE 06-01-2000 |
| ACA STANDARDS: 2-CO-1A-05, 2-CO-1A-16, 2-CO-1A-17, 4-4004, 4-4005, 4-4012 thru 4-4015, 4-ACRS-7B-07 thru 4-ACRS-7B-08, 4-APPFS-3D-07 | EFFECTIVE DATE 06-01-2013 |
| STATUTES: 26-01-1, 47-5-20 | NON-RESTRICTED | PAGE 1 of 8 |

**POLICY:**

It is the policy of the Mississippi Department of Corrections (MDOC) to formulate, promulgate, and maintain comprehensive policies and standard operating procedures that provide for the operation and management of the MDOC.

**DEFINITIONS:**

**Policy** – Principles that establish the method of operation for the Mississippi Department of Corrections as required by law, American Correctional Association (ACA) standards and acceptable professional correctional practices.

**Standard Operating Procedures (SOPs)** – Specific plans of action designed to implement policy precepts.

**Policy, Planning, Research and Evaluation (PPRE)** – The MDOC department responsible for the issuance and management of all agency policies and procedures.

**Restricted Policies/Procedures** – Policies and procedures that offenders and the general public may not have access to due to public safety and/or security considerations.

**MDOC MISNET Site** – An internal website only accessible to individuals authorized by the agency.

**PROCEDURES**

The Commissioner or designees will ensure policies and procedures provide for the operation and management of the MDOC. The Commissioner will:

* Approve and sign all policies
* Designate administrative personnel for procedural enforcement
* Determine and designate "Restricted Access" status of policies, procedures and forms
* Approve and sign the Policy/SOP Request Form for the creation or revision of policies, procedures and forms
* Notify appropriate staff of all new, repealed or amended laws and court rulings for verification of policy and procedure compliance

**Compliance and Accountability**

All personnel will be held accountable for their compliance with all MDOC policies, procedures and forms. Any deviation from MDOC policies, procedures and forms will be cause for disciplinary action to include, but not be limited to, termination.

01-01-01(1)
Forms

Case 3:15-cv-00057-CWR-LRA   Document 1   Filed 01/27/15   Page 23 of 54

| TITLE: POLICIES AND STANDARD OPERATING PROCEDURES | 01-01-01.243 |
| EFFECTIVE DATE: 08-01-2013 | NON-RESTRICTED | PAGE 2 of 6 | 71 |

43 All private prisons and county regional facilities will be contractually obligated to adhere to
44 MDOC policies, procedures and forms.

45
46 All contract workers, volunteers or any other individuals who work for MDOC will be required to
47 comply with all policies, procedures and forms.

48
49 Policy, Planning, Research and Evaluation Department

50
51 The Policy, Planning, Research and Evaluation (PPRE) department will be the Commissioner's
52 designee responsible for the issuance and management of agency policies, procedures and
53 forms to include:

54
55 • Revisions
56 • Eliminating Redundancy
57 • Coordinating meetings when problems arise
58 • Ensuring MDOC Policy/SOP are reviewed and updated annually
59 • Update MDOC MISNET site
60 • Distribution
61 • Archival management of signed, original policies and procedures

62
63 Policy/Procedure Creation or Revision Requests

64
65 *Adult Correctional Institutions:* Written policy, procedure, and practice demonstrate that
66 related community agencies with which the institution has contact can participate in
67 policy development, coordinated planning, and interagency consultation [4-4005].

68
69 *Adult Correctional Institutions:* Written policy, procedure, and practice demonstrate that
70 employees participate in the formulation of policies, procedures, and programs [4-4004].

71
72 *Adult Community Residential Services:* Employees participate in the formulation of
73 policies, procedures, and programs [4-ACRS-7B-09].

74
75 *Adult Probation and Parole Field Services:* All levels of staff participate in the development
76 and review of the organizational mission, goals, policies, procedures, rules and
77 regulations [4-APPFS-3D-07].

78
79 Any MDOC employee can participate in the formulation of policies, procedures, forms or
80 programs, but must comply with the following:

81
82 • The requestor will complete the Policy/SOP Request Form and will provide sufficient
83 justification for the request and specific changes to be made.

84
85 • Requested revisions will need to reference the page and line numbers and the new
86 language.

87
88 • The requestor will submit the Policy/SOP Request Form and requested revisions to the
89 appropriate Supervisor/Department Head of the area they are requesting a revision for
90 approval and signature.

01-01-01.01
Forms

45

| TITLE: POLICIES AND STANDARD OPERATING PROCEDURES | | SOP NUMBER<br>01-01-01 .244 ⓻②|
| --- | --- | --- |
| EFFECTIVE DATE: 08-01-2013 | NON-RESTRICTED | PAGE 3 of 6 |

91   o   Each level for approval and signature will be required there after until the request reaches
92       the Commissioner.
93
94   Upon signing and approving the Policy/SOP Request Form, the Commissioner or designee will
95   forward the request to PPRE.
96
97   If the request is not approved, it will be returned to the originator and no action will be taken by
98   PPRE.
99
100  If the request is approved, PPRE will forward the revision/request to the Policy/Procedure
101  Review Committee.
102
103  A copy of the Policy/SOP Request Form can be accessed on the MDOC MISNET policy site.
104
105  Policy/Procedure Review Committee
106
107  The Deputy Commissioner of Institutions and the Deputy Commissioner of Community
108  Corrections will establish a Policy/Procedure Review Committee. The Review Committee will
109  consist of the a representative from PPRE, Director of Private and Regional Prisons, the MDOC
110  Training Director, Accreditation Managers from each state prison and Community Corrections, a
111  Warden from each of the three state prisons and a representative from the Legal Department.
112  Any department head affected by the policy/procedure being reviewed should be asked to be
113  present at the meeting.
114
115  The Review Committee will meet on a monthly basis to review requested policy and procedure
116  revisions to ensure ACA standards are being met and to identify how the revisions will impact all
117  locations prior to publishing by PPRE. The Review Committee will also conduct a bilateral
118  review of other affected policies, procedures and forms. The Review Committee will advise
119  PPRE of any identified deficiencies noted.
120
121  General Counsel
122
123  MDOC Legal Counsel will review all policies and/or applicable procedures and forms before
124  final submission to the Commissioner.
125
126  MDOC Legal Counsel will provide consultation and interpretive assistance in formulating
127  policies, procedures and forms.
128
129  MDOC Legal Counsel will also provide legal opinions specific to the impact that current and/or
130  new legislation will have on agency policies and procedures.
131
132  Policy/Procedure Issuance
133
134  No procedure will be issued without a corresponding policy bearing the signature of the
135  appropriate Enforcement Authority.
136
137  Once a policy or procedure is issued, it cannot be revised or republished until six (6) months
138  after the effective date.

01-01-01 (1)
Forms

33

| TITLE: POLICIES AND STANDARD OPERATING PROCEDURES | | SOP NUMBER 01-01-01 245 (73) |
|---|---|---|
| EFFECTIVE DATE: 08-01-2013 | NON-RESTRICTED | PAGE 4 of 6 |

139 Any additions or modifications required of a policy or procedure prior to the six (6) month
140 republish date will be issued through an Executive Directive.
141
142 Executive Directives
143
144 The Commissioner will issue Executive Directives as needed for initial implementation, additions
145 or modifications to policies and procedures.
146
147 Manual Holders will insert Executive Directives in front of the affected policy or procedure.
148
149 Executive Directives will be removed from manuals when the affected policy or procedure is
150 reissued.
151
152 Distribution of Policy and Procedure Updates
153
154 *Administration of Correctional Agencies (Central Office).* Policy, procedure, and practice
155 govern the development and dissemination of agency policies. This policy is reviewed
156 annually and updated if necessary [2-CO-1A-05].
157
158 *Adult Correctional Institutions.* Written policy, procedure, and practice provide that new or
159 revised policies and procedures are disseminated to designated staff and volunteers
160 and, when appropriate, to inmates prior to implementation [4-4014].
161
162 *Adult Community Residential Services.* Policies are reviewed at least annually and new or
163 revised policies and procedures are made available prior to implementation to
164 designated staff and volunteers [4-ACRS-7B-08].            34
165
166 Agency policies and related procedures and regulations will be developed through a systematic
167 and uniform process. Policies are reviewed at least annually and new or revised policies and
168 procedures are made available prior to implementation to designated staff and volunteers.
169 PPRE will ensure MDOC personnel and volunteers are provided access to all new and revised
170 policies, procedures and forms and, when appropriate, to offenders.
171
172 New or revised policies, procedures and forms will be issued on or before the effective date.
173
174 Revised policy and procedure updates will include the following:
175
176 ▪ A cover memorandum (sequentially numbered) detailing all new and revised policies,
177   procedures and forms and any deleted policies, procedures or forms
178 ▪ A synopsis of requested changes
179 ▪ Any Executive Directives issued by the Commissioner
180 ▪ Current policy and procedure indexes
181 ▪ Revised policies, procedures and forms
182
183 All new and revised policies, procedures and forms will be posted to the MDOC MISNET policy
184 site on the effective date.
185
186 All manual holders with access to the MDOC MISNET policy site will be responsible for printing
187 the new and revised policies, procedures and forms and updating their manuals.

OBSOLETE
Forms

(47)

| TITLE: POLICIES AND STANDARD OPERATING PROCEDURES | | SOP NUMBER 01-01-01 .246 |
|---|---|---|
| EFFECTIVE DATE: 08-01-2013 | NON-RESTRICTED | PAGE 6 of 6 |

235  All MDOC supervisors will be responsible for providing access to policies, procedures and forms
236  to all individuals under their chain of command.
237
238  Verification of policy and procedure training will be documented on the applicable document and
239  forwarded to the MDOC Training Department.
240
241  Offender Access to Policies, Procedures and Forms
242
243  The Commissioner will determine the policies, procedures and forms that offenders will be
244  allowed to access.
245
246  Offenders will be denied access to any policy, procedure or form that is deemed restricted due
247  to public safety and/or security considerations.
248
249  Offenders will be allowed access to those policies, procedures and forms that govern offenders'
250  daily living.
251
252  Offenders may be granted access to policies, procedures and forms that are not designated
253  restricted.
254
255  The Commissioner or designee will specify what department is responsible for providing
256  offenders with access to policies, procedures and forms.
257
258  Public Access to Policies, Procedures and Forms
259
260  In accordance with Miss. Code §25-61-1, MDOC polices, procedures and forms are a matter of
261  public record.  An exception to public access will be when such access to policies, procedures
262  and forms may adversely affect public safety and/or the security of MDOC facilities, staff or
263  offenders.
264
265  DOCUMENTS REQUIRED
266
267  As required by this procedure and through the chain of command.

| ENFORCEMENT AUTHORITY | | |
|---|---|---|
| Reviewed and Approved for Issuance | *[signature]* Commissioner | *[date]* Date |

01-01-01 (f)
Forms

48

| TITLE: POLICIES AND STANDARD OPERATING PROCEDURES | | SOP NUMBER 01-01-01.247 |
|---|---|---|
| EFFECTIVE DATE: 08-01-2013 | NON-RESTRICTED | PAGE 5 of 6 |

**Policy and Procedure Manuals**

188
189
190  *Administration of Correctional Agencies (Central Office).* The agency has a policy manual
191  that specifies its policies, programs, and services offered, which is available to all
192  employees and to the public [2-CO-1A-15].
193
194  The Commissioner or designee will establish a policy manual to include the policies, programs
195  and services offered. The policy manual will be available to all employees and to the public.
196
197  *Administration of Correctional Agencies (Central Office).* The agency administrator is
198  responsible for developing and maintaining an operations manual(s) that includes
199  policies, procedures, rules and regulations of the agency and is available to all staff.
200  This manual(s) is reviewed at least annually by the agency administrator or his/her
201  designee and is updated as needed [2-CO-1A-17].
202
203  The Commissioner or designee will establish detail instructions for the day-to-day operations of
204  the agency.  The policy manual will be available to all employees to ensure consistency in
205  operations and will be reviewed at least annually by the Commissioner or designee.
206
207  *Adult Correctional Institutions.*  The policies and procedures for operating and maintaining
208  the institution and its satellites are specified in a manual that is accessible to all
209  employees and the public.  This manual is reviewed at least annually and updated as
210  needed [4-4012].
211
212  *Adult Community Residential Services.*  Procedures that describe operating and
213  maintaining the facility are specified in a manual that is accessible to all employees [4-
214  ACRS-7B-07].
215
216  *Adult Correctional Institutions:* Each department and major administrative unit in the
217  institution maintains and makes available to employees a manual of standard operating
218  procedures that specifies how policies are to be implemented.  These procedures are
219  reviewed at least annually and are updated as needed [4-4013].
220
221  All MDOC supervisors will be responsible for the assignment of policy and procedure manuals
222  to those individuals under their chain of command who do not have access to the MDOC
223  MISNET policy site.
224
225  Manual holders will be responsible for the security and maintenance of policy and procedure
226  manuals.
227
228  Manuals will return to the custody of the employee's supervisor upon termination, promotion or
229  transfer.
230
231  **Employee Access to Policies, Procedures and Forms**
232
233  All MDOC personnel will be provided access to policies, procedures and forms either through
234  the MDOC MISNET policy site or the policy and procedure manuals.

01-01-01 (f)
Forms

35 (A)

50

<sup>a</sup> NOTICE \ MOTION TO LEAVE BY THE APPROPRIATE COURT(S) FOR    35 B

REMOVAL OF CRIMINAL PROSECUTION    ''

(ADDED PUB. L. 112-63 TITLE I, §103(c), DEC. 7, 2011, 125 STAT. 761)

GROUNDS: (1. EMERGENCY RELIEF (MISS. CONST. §§29, 103(11)), EXTENSION OF TIME (MISS. CONST. §§ 36(11)), GRIEVANCE/REMEDY (42 U.S.C. §§1997e(2)), COMPLAINT, INFORMATION, INDICTMENT (U.S. CONST. ART. I, §3, cl.7), BONDS AND OBLIGATIONS (M.C.A. (1972), §§1-3-3) WRIT(S) (U.S. CONST. ART. I, §9, cl.4)), AND AND.

"I DECLARE/VERIFY/CERTIFY UNDER PENALTY OF FURY OF THE UNITED STATES OF
AMERICA LAWS THAT THE FOREGOING IS TRUE AND CORRECT, EXECUTED ON
December 23rd, 2014 (18 U.S.C. §§1621 : 28 U.S.C. §§1746, 2201-2202, 48 STAT. 955 (1944)
(F.R.E. 801(b)), 1915 (e)(1978/1993), (2), (c), (1A), (h), (e)(1), (e)(2), (b)(4), (g) : 40 U.S.C. §§
258 a. "AN EXPLICIT CONGRESSIONAL DECLARATION" (: BIVENS vs. SIX UNKNOWN
FEDERAL NARCOTICS AGENTS, 403 U.S. 388, 396, AT 397, 915. CT. 1999, 2005, AT 2005,
FOOT, AT 2049; Monell vs. Dept. of Soc. Ser. of City of N.Y., 436 U.S. 658 N.9 (1978)
98 S. CT. 2018, 17 FAIR EMPL. PRAC. CAS. (B.N.A.) 873, 16 EMPL. PRAC. DEC. P.8346…).
"DYING DECLARATION" (1 James Fitzjames Stephen, A HISTORY OF THE CRIMINAL LAW OF ENGLAND
447-48 (1883): EVIDENCE KEY 275.5 ; HOMICIDE KEY 1075. C.J.S. EVIDENCE § 288

Michael Henry Hearn

MICHAEL HENRY HEARN (: #34476 / ABSOLUTE, COMPLETELY, AND TRULY DESTITUTE TYPE PRO SE INDIGENT/
PLAINTIFF/GRAND JURY KEY 37/ PROTECTED CLASS (A.D.A. (1990/REV. 2008) : R.A. (1973) / MANDATORY/
AFFIANT/PETITIONER/COMPLAINANT /AGGRIEVED/…/AmL)
SOUTH MISSISSIPPI CORRECTIONAL INSTITUTE@ (SUITE 22689/U.S. HWY 63 NORTH : PENTHOUSE
L18 - BT40bL) - LEAKESVILLE, MI. 39451-0189, DATED: 12/23rd/2014. M.R.C.P. 11
: F.R.A.P. 27 :

# UNITED STATES COURT (FEDERAL COURT?

IN THE CIRCUIT COURT OF __HINDS__ COUNTY, MISSISSIPPI

MICHAEL HENRY HEARN
(STATE OF MISSISSIPPI)                                    PETITIONER

VS.                                                      CAUSE NO. _____

FORMER STATE CORRECTIONS COMMISSIONER
CHRISTOPHER EPPS and BUSINESSMAN              RESPONDENT(S)
CECIL McCROFY

## DESIGNATION OF RECORDS
Miss R.Civ.P.37(a)(1), (2); F.R.Civ.P.37(a)

I, __MICHAEL HENRY HEARN__, Appellant, Pro Se, pursuant to Mississippi

Supreme Court Rule, 10(b)(1), designates the following parts of the record as being

necessary to be included on appeal.

36

1.   All Clerk's papers, trial transcripts and exhibits filed, taken or offered in this case.

2.   The order entered on the _____ day of _____, M.J.T.N. AWAIT TRIAL IN
Post Conviction Motion. APPEAL OF FEDERAL CHARGES THAT THEY PARTIC-
IPATED IN A BRIBERY [I.E./E.G. Judge Mr. LARRY EUGENE ROBERS (08/108/1994):
NO.549-93 (LAUD.CO.CIR.CT., MISS) SCHEME TIED TO PRISON CONTRACTS [SEE, E.MISS.
CORRS.FAC.: NO.350-05 (LAUD.CO.CIR.CT.MISS. (04/0340/2005)], AND AND:

This the 23RD day of DECEMBER, 2014.

Respectfully Submitted,

Michael Henry Hearn

PETITIONER MICHAEL HENRY HEARN
MDOC# 34476
SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION
Suite 22689 U.S.Hwy 63 N. Penthouse U8-T406L
Address LEAKESVILLE, MS 39451-0139
DATED: 12/23RD/2014, F.R.Civ.P.11

_____
Address

IN THE CIRCUIT COURT FEDERAL COURT: UNITED STATES COURT CIRCUIT COURT

HINDS COUNTY

Miss. R. Civ. P. 8(c) etal. (etseq)

501 E. Court Street, Suite 2.500

Jackson, Mi. 39201

Michael Henry Hearn (State Of Mississippi)          PLAINTIFF/PETITIONER

-vs- G. I. Capias (Process key 9: Execution key 421. C.J.S. Execution §34: Criminal Law key 1000: Fines key 9)... No. _____

(April 2015 is Trial Date          )

Mr. Christopher L. (B). Epps (Exc. Miss. Dep't.     DEFENDANT/RESPONDENT(S) [37]
Of Corrcs). Commissioner), Mr. Cecil
McCrory (Businessman)

## CERTIFICATE OF COMPLIANCE

Fed. R. App. P. w/ 5th Cir. R. & I.O. P.'s 37 etal. (etseq)

I, Michael Henry Hearn, Petitioner/Plaintiff, Absolute, Completely, And Truly Destitute type Pro se Indigent, pursuant thru M.R.A.P. 11(b)(1) etal. (etseq), certify that I am unable to obtain the cost of pre-paring the designated record on federal charges because I am incarcerated in Mississippi Department of Corrections and cannot freely contact the court reporter for this infor-mation. Therefore, according to Mississippi Rules of Appellate Procedure 11 etal. (etseq), cost is estimated at the statutory rate per page for the clerk's papers and at _____ C.D.C.

Footnote! C.D.C. meanted shall be filled-in by the Clerk of Courts

(53)

PER DAY OF PROCEEDINGS TO BE TRANSCRIBED AND AND TOTAL-ING APPROXIMATELY $_____ E.O.C.

THIS THE 23RD DAY OF DECEMBER , 201 4 .

Michael Henry Hearn

MICHAEL HENRY HEARN (: # 34476/ABSOLUTE, COMPLETELY, AND TRULY DESTITUTE
TYPE PRO SE INDIGENT/COMPLAINANT/PLAINTIFF/MANDATOR/GRAND JURY/
DECLARANT/AFFIANT/PROTECTED CLASS/VICTIM/DEFENDANT/PETITIONER/Pro Se)
SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION
SUITE 22689 U.S. HWY 63 N.: PENTHOUSE U8-T406L
LEAKESVILLE, MS. 39451-0139, DATED: 12/23RD/2014. M.R.C.P.11.

38

54

MISSISSIPPI DEPARTMENT OF CORRECTIONS
Administrative Remedy Program
Legal Claims Adjudicator Mr. David Petrie
MISSISSIPPI STATE PENITENTIARY
Highway 49 North
Suite 609 : Penthouse 608
Parchman, Mi. 38738-0136

No. _____ ( SENSITIVE ISSUE! Honorable Commissioner
Mr. Marshall Fisher - 633 N. State Street Bldg.!
733 N. President Street - Jackson, Mi. 39202-
0136. ☆ : A.S.P.

A.R.P. Forms: N8 20.05 (Protection From Harm) under, 01.01
(02/15/08) thru 44.D3 (07/01/07)

NAME: MICHAEL HENRY HEARN                    Miss. Dep't. Of Corr(s). No.                1
        Complainant: Aggrieved                         34476

".,<,1 (pg(s))
→ (54) (pg(s))

UNIT: South Mississippi Correctional Institute(s)    DATEED: December
Suite 22689 U.S. Hwy. 63N: Penthouse US-T406L         23rd, 2014.

Jurisdiction (Miss. R. Civ. P. rules 201 (b), (e), (g), and et.al. (et.seq): JURIS-
    DICTIONAL Clause) invoked: M.C.A. (1972), §§
    47-5-801 et.seq., as amended, and 42 U.S.C. §§
    1997e(2) (West Supp. 1999)                                           )

RE: THIS IS A Request for an Administrative Remedy                §§
(M.C.A. (1972), §§47-5-801 et.seq., as amended, and 42 U.S.C. §§1997e (2) (West Supp. 1997)
under, Laws 1959, 1st Ex. Sess., Ch. 22, §8, eff. from and after passage (approved
December 23, 1959): Renewal Notes or Decisions (7). Bummingitis Neglect Of Duty)

DOT NOTE : ☆ meaned Miss. Dep't. Of Corr(s). Inmate Handbook (Rev. 1994/2001)
① Chapter VIII, Section X. This grievances is for State Of Mississippi
(Michael Henry Hearn, #34476) vs Mr(s). Christopher Epps and Cecil McCrory case/cause
In Federal Court(s) (April 2015) also. See, Miss. Const. §§278 (h).

PRAYED GRANTED pLEADE, DRAFTED AND FILEED
CIVIL LIABILITY OF MISSISSIPPI DEPARTMENT OF CORRECT-
ONS COMMISSIONER MR. CHRISTOPHER L (B). EPPS FOR FAILURE
TO PERFORM DUTIES (M.C.A. (1972) §§ 25-1-45; MS. ST. §§ 25-1-45 (1972):

(1. LIABILITY OF PUBLIC OFFICER OR BODY FOR HARM DONE BY
    PRISONER PERMITTED TO ESCAPE, 44 A.L.R. 3º 899;

(2. OFFICER PERMITTING ESCAPE OF PRISONERS, M.C.A. (1972) §§
    97-9-39; MS. ST. §§ 97-9-39 (1972);

(3. CONSTITUTIONAL REQUIREMENT THAT PUBLIC OFFICER OR
    EMPLOYEE PERSONALLY DEVOTE HIS TIME TO PERFORM-
    ANCE OF DUTIES, MISS. CONST. §§ 267 (! 75, 200, AND U.S.C.A.
    CONST. ADMT. XIV (ENFORCEMENT))(M.C.A. (1972) ! MISS. 1890)

(4. PUNISHMENT OF OFFICERS FOR FAILING IN THEIR DUTIES
    UNDER THE VAGRANCY CHAPTER, M.C.A. (1972) §§ 97-35-43;
    MS. ST. §§ 97-35-43 (1972);

(5. PENALTY FOR CONSTABLE'S NEGLECT OF DUTY, M.C.A. (1972) §§
    19-19-15; MS. ST. §§ 19-19-15 (1972);

(6. PENALTY FOR DEMANDING AND RECEIVING A FEE FOR
    SERVICE NOT PERFORMED, M.C.A. (1972) §§ 97-11-33; MS. ST. §§
    97-11-33 (1972);

(7. LIABILITY FOR FAILURE TO RETURN EXECUTION, M.C.A. (1972)
    §§ 19-25-41; MS. ST. §§ 19-25-41 (1972);

(8. PENALTY ON CLERK FOR FAILURE OF DUTY, AS TO LAND AND
    CONVEYANCES, M.C.A. (1972) §§ 89-5-43; MS. ST. 89-5-43 (1972);

2

(9. PENALTY FOR UNAUTHORIZED MUNICIPAL APPROPRIATION,
M.C.A. (1972) §§ 21-39-15; M.S.ST. §§ 21-39-15 (1972)

(10. PENALTY FOR VIOLATING CHAPTER ON PUBLIC PURCHASES,
M.C.A. (1972), §§ 31-7-55; M.S.ST. §§ 31-7-55 (1972);

(11. REMOVALS FROM OFFICE, M.C.A. (1972), §§ 25-5-1 ET.SEQ.;
M.S.ST. §§ 25-5-1 ET SEQ. (1972);

(12. LIABILITY OF TAX COLLECTOR AND ASSESSOR, M.C.A. (1972),
§§ 27-29-29 (1972);

(13. DUTIES OF STATE TAX COMMISSION, M.C.A. (1972), §§ 27-3-31,
27-3-33; M.S.ST. §§ 27-3-31, 27-3-33 (1972);             and

(14. DUTIES OF TAX COLLECTOR, M.C.A. (1972), §§ 27-1-5; M.S.ST. §§
27-1-5 (1972)) PURSANT THRU M.C.A. (1972), § 97-11-37 (failure
to perform any duty) AND 97-11-35 (failure to return
known offenses; purposeful avoidance of knowledge
of offenses), FOR Complainant IN CAUSE NUMBER(S)
350-05 ET.AL. (ET SEQ.) (TENTH JUDICIAL DISTRICT COURT, MISS),
95-025-S ET AL. (ET SEQ.) (TWELFTH JUDICIAL DISTRICT CHANCERY
COURT, MISS.), AND AND, PURSUANT THRU LAW (LAWS 1979,
CH. 508, §6; LAWS 1982, CH. 488, §13; LAWS 1983, CH. 499, §34; LAWS 1986, CH.
348, §12; LAWS 1988, CH. 546, §3; LAWS 1990, CH. 491, §12; LAWS 1995,
CH. 360, §12; LAWS 1998, CH. 350, §10, EFF. JUNE 8, 1998. AMENDED BY
LAWS 2008, CH. 562, §6, EFF. AUGUST 5, 2008, AND RELEVANT
NOTES OF DECISIONS (2) ° Complaints; procedures; enforce-
ment; appeal; effect of actions.). COMPLAINANT PRAYED
GRANTED PLEASE, PROSECUTION AND EXECUTION OF THRU THE

3

FOOTNOTE: as meant'd CHARGED (CRIMINAL LAW Key 764; TRIAL Key 184, 213. C.J.S.
Criminal Law §§ 1802-1805; Appeal §§ 484-486, 488, 492, 498, 500, 548. ° CRIMINAL
LAW Key 208.) WITH DEADLY WEAPON (MODEL PENAL CODE § 210.0(4)) ON
THE FORMER COMMISSIONER MR. CHRISTOPHER L (B). EPPS, ET AL.

③

"TRUE AND CORRECT" AUTHORITY(IES), VENUE(S), AND JURISDICTION(S)
FOR FINAL DECREE AND JUDGEMENT (MISS. CONST. §251 (II)) FOR THE
ABOVE PREJUDICE, BIAS, DELIBERATE INDIFFERENCE(S), DISCRIMIN-
ATION(S), NEGLIGENCE(S), ADMINISTRATIVE (EXECUTIVE: GOVERN-
MENTAL(S)) PREJUDICES AND BIASES, BULLYNESS, AND AND,
BY MR. CHRISTOPHER L (B). EPPS (MISS. DEP'T OF ☒. CORR(S).
COMMISSIONER: SEE, SUPERVISORY / RESPONDEAT SUPERIOR
LIABILITY ALSO.))'S OF THIS COMPLAINANT ABOVE CLAIM
ALL CLAIM FOR RELIEF. IIEIE VS. WELTON, 6 N.C. APP. 415, 170 S.E.
2D 166, 169: INTERSTATE DETAINER ACT (I.R.C. (26 U.S.C.) §§ 501(C), (II)/(13)
CITED CASE: M.C.A. (1972), §§ 1-1-8 (EVIDENCE), 1-1-9 (INVESTIGATE, JURIS-
DICTION, INJUNCTION), 71-11-3 (MISSISSIPPI EMPLOYMENT PROTECTION
ACT; DEFINITIONS; CITIZENSHIP OR RESIDENCY EMPLOYMENT ELIGI-
BILITY; STATUS VERIFICATION; PROSPECTIVE EFFECT; DISCRIMINATORY
PRACTICES; LIABILITIES, IMMUNITIES, EXEMPTIONS; THIRD-PARTY
EMPLOYEES; DEADLINES; VIOLATIONS; PENALTIES), 1-1-33, 1-1-11;
RESTATEMENT (2ND) OF LAWS § 388 (MIT. A. (1977) (SUCCESSOR: STATUTORY
SUCCESSOR), 1-3-49, 1-5-11, 1-5-21 (STATE), 1-1-11, 1-5-7, 1-4-5-9; 1-5-13;
1-5-25 (SHERIFFS AND DUTY SHERIFFS), 1-1-31, 1-3-77 (SEVERABILITY
OR SEVERANCE: SEPARATION: SAVING STATUTE OR PROVISION
(MISS. CONST. §§ 103 (II)), 1-3-4, 1-1-23 (SENTENCE AND PUNISHMENT),
1-3-25, 1-3-45; 1-1-12 1-1-11 (DAMAGES (PROPERTY), 1-3-4 (PERSONS
AND PRISONERS), 1-3-67, 1-3-69 (PROCESS AND SERVICE OF PROCESS
AND PAPERS: NOTICE), 1-5-19 (3X), 1-5-3 (PRESERVATION OF
RECORDS), 1-3-76, 4-3-75 (PETITION), 1-3-1 (APPLICATION), 1-3-9 (

4

OTNOTE: XX (PG. 42 ) INSERTED CIVIL RIGHTS ATTORNEY'S FEES AWARDS ACT OF 1976,82,
90 STAT. 2641, 42 U.S.C. §1988 (1976 ED): S. REP. NO. 94-1011, P.5 (1976): U.S. CODE CONG. &
ADMIN. NEWS 1976, PP. 5408, 5912: H.R. REP. NO. 94-1558, P.9 (1976): 56 L. ED. 2D 595:
43 L. ED. 2D 833

established(), 1-3-3:25-1-13 et seq. (bond), 1-3-5:1-3-14, 1-3-19, 1-3-37, 97-1-1 et seq (crime), 1-3-11:97-1-1 et seq §§ 9-15 (felony), 97-9-45 (escape), 1-3-19:1-3-11; 97-1-1 et seq infamous crime), 1-3-25:84-1-1 et seq. (real property), 1-3-58:43-13-1 et seq. ( legal disabilities), 1-1-111 (appeal) 1-1-53, 1-1-11, 1-1-103, 1-3-7 (attorney general), 1-1-34 (action, 1-3-45:97-45-1 et seq. (property), 1-3-53:1-3-35 (swear), 1-3-61 §89-1-3, 91-5-1 (written), 1-3-73:9-1-11, 25-1-53, 91-1-1 et seq, miss. const. art. vi, §165 (civil law), 25-43-1 thru 25-43-19 (rev. 1998) (administrative law), 11-46-1 thru 11-46-23 (1993) and 11-45-1 thru 11-45-25 (1938) (Mississippi tort claim act), 73-3-55 (outlaws the practice of law without a license), 47-5-1101 thru 47-5-1123 (special needs), 11-35-1 thru 11-35-61 (garnishment), 11-37-1 thru 11-37-157 (replevin), 11-38-1 thru 11-39-9 (claim and delivery), 11-51-1 thru 11-51-113 (appeals), 11-49-1 thru 11-49-11 (rights and duties of attorney), 11-41-1 thru 11-41-21 (mandamus) 11-43-1 thru 11-43-25 (habeas corpus), 11-53-1 thru 11-53-81 (costs), 11-11-1 thru 11-11-59 (venue of action), 11-11-51 thru 11-11-59 (change of venue), 11-13-1 thru 11-13-39 (injunctions), 11-15-1 thru 11-15-143 (arbitration and awards), 11-17-1 thru 11-17-37 (suit confirm title or interest and to remove clouds of title ), 11-19-1 thru 11-19-105 (ejectment), 11-23-1 thru 11-23-29 (trial of right of property), 1-1-22 (appeal), 1-1-21 (answer or plea: defenses), 1-1-23 (forfeiture), 99-39-5 (motion for relief; grounds; limitations; definitions), 11-9-23 (judgment for damages against appellant on

5

affirmance of judgment or on failure to prosecute appeal; computation), 75-76-119 (written decisions of hearing examiners; review), 47-1-31 (grand jury examination), 99-41-4 (powers and duties of division), 47-5-157; 47-5-177, discharge procedure), 25-4-105 (contract restrictions and other prohibited conduct; penalties, 47-5-10 (department functions), 25-5-11 (criminal convictions or pleas; mental competency) 11-7-17 (All negligence issue for jury), 11-46-9(1)(c), 9-5-43, 47-1-25, -29, --19, 19-3-39, 47-5-41, 33-1-33, 47-5-54, 45-6-3, 99-15-29

MS. R. UN2F. CIR. AND STY. PRAC. RULES 5.03 (scope of appeals from administrative agencies), 2.04 (duties of movant), AND ST.L.(5 SEQ):
42U.S.C.§§1997e (a), (f)(1)(2), (2)(1), (d)(2), (g)(2), (e: 28U.S.C.§§4346(b)(2),
1983(1994) (EMPHASIS ADDED), 2000e-5, 2000e-1(a), 3789d, 1981 THRU 1988, 12202 (state immunity), 12205 (attorney's fee), 12203 (prohibition against retaliation and coercion), 12.133 (enforcement), 12117 (enforcement), 14141 (cause of action), 1975b--1975e, 92 STAT. 1067 (1978) (Civil Rights Commission Act of 1978: 28U.S.C.§1447, 42U.S.C.§§1971, 1975 a-d, 2000a-2000h-6, 78 STAT. 241 (1964: civil rights act (1964),


ADMINISTRATIVE LAW AND PROCEDURE Key 309 and ADMINISTRATIVE LAW AND PROCEDURE Key 464 (administrative process), ADMINISTRATIVE LAW AND PROCEDURE Key 309, 341-513. C.J.S. Public Administrative Law and Procedure §§71, 75-171 (evidentiary hearing), COUNTIES key 38. C.J.S. County §63 (county commissioner)

RESTATMENT (2ND) OF TORTS, §500 ( reckless disregard of safety),
MODEL PENAL CODE §211.2 ( recklessly endangering), RESTATE-
MENT (2ND) OF CONTRACTS §224 (condition), MODEL PENAL CODE
§§1.13(5) (conduct), 5.03(1) (conspiracy), 5 U.S.C. §§551 ET SEQ,
701 ET SEQ. 60 STAT. 237(1946), AS AMENDED AND REVISED BY 80
STAT. 381, 392(1966) = 5 U.S.C. §500 ET SEQ. (1946) ( administrative
procedure act), U.S.C. TIT. 9; 61 STAT. 669, c-392 (1947) ( arbitration
act), MODEL PENAL CODE§ 211.1(1)(Assault; §211.1(2)),

28 U.S.C. §§1915(2)(3), (b)(1) & (b)(2): (e)(1978/1943),(a),(c),(d),(h),(e)(4),(2)(a)
, 1332(a), 1291 THRU 1295, 1250-1258, 1 THRU 3001^a, 1652, 1331, 1331(2)

28 U.S.C. §§ 3626 ET AL. (ET SEQ), 4961-1968

MISS. CONST. §§ 186(3x), 112, 94 (discriminations), 193 (negligence), 78
(neglect of duties), 257 ET SEQ ( general provision), 27 (misconduct)
80, 90 (5x), 188, 88 (2x), 284 (3x), 192 (3x), 183, 104 (3x), 245, 112, 110, 267, 100 (3x),
211, 139, 211; 183, 275 (municipalities), 22 ( former double jeopardy),
21 (habeas corpus), 27, 90 (3x), 175, 264 ( grand jury), 116 ( governor), 281,
179, 194 ( forfeitures), 265 (God), 6 ( form of government), 186, 190 ( fran-
chises), 4, 266 (4x) ( foreign state or country), 184 ( foreign insur-
ance companies), 90 (4x), 169 (3x) ( names), 198 ( monopolyies and
restraints of trade), 262 (nuses), 23 (homes), 107 (halls), 18) in-

7

decent conduct), 34, 34, 37, 41(2x), 254, 33, 444, 49, 38 (2x (house of re-
presentatives), 274 (2x), 169 (2x), 51, 27 (4x), 26 (indictments and in
formation), 262, 86 (poor person: indigent), 36 (extension of
time), 29, 103 (emergency), 55 (expulsion), 24 (due process:
EQUAL PROTECTION) 159, 90 (divorce and alimony), 174 (district
OR prosecuting attorney), 178 Et seq (2x), 279; 178, 179; 198, 90(2x),
180(3x), 186, 195(3x), 258(2x), 188(2x), 190(3x), 191 Et seq., 200, 192(3x),
195, 179(3x), 183, 183, 198-A, 87(2x), 100, 84, 181, 182, 95, 48 Et seq,
193, 178(3x), 275, 185, 186(2x), 195(2x), 112, 183, 480 (corporation),
44, 253 (conviction of crimes), 96, 107(3x), 97, 16, 109(2x), 224, 195
193, 198-A, 210(2x), 182, 213-A (contracts and agreements), 217,
213-A (consolidation), 60, 4 (consent\approval), 109 (conflict
of interest), 276, 274 Et seq., 6 (conflict\inconsistency), 179 (con-
ditions), 54, 26 (compulsion), 54 (compelling attendance), 147
(common law), 100 (discharge OR release from custody), 77
(preference OR priority), 191, 213-A (politic and political matters),
163, 194, 90 (pleading), 11 (petition), 185 (personal property), 84(2x)
193 (personal injuries), 44, 242; 241, 2x, 44 (perjury), 135 (payments),
174 (pardon), 191, 81, 24, 16 (obstruction or interferences),
16 (obligation of contract), lien and encumbrances (236, 112),
13 (libel and slander), 100, 24 (laches and delay), 171 (justice
court), 55 (decree and judgment), 144 Et seq., 473(2x), 176, 24, 168,
177A(2x), 171(4x), 175(3x), 170, 177, 149A, 177, 172, 147(2x), 147, 152, 159
Et seq., 147, 162, 156, 157, 146, 173, 173, 173A, 167, 152, 53, 148, 469,
153, 149, 166(3x) (judiciary), 90, 159 (intestate succession), 212(3x),

69,90 (interest on money),185,81 (insurance),135,181,60 (inspection, examination, or investigation), 44 (office of sheriff by Judge Mr. Larry Eugene Roberts),177A,262, 209 (disabled person), 94,131 (3x),171,90 (2) (eligibility) 125 (default), 91,266 (~~DEEDS AND CONVEYANCES~~),238,198-A (damages,40,169, 26,169 (2x),261 (criminal procedure),144 et seq. (courts), 226, 85, 226 (county jails),283; 135,136,138 (4x),273,183,134, 138,170; 476 (2x),206,109 (2x),271,261 (2x),260 (2x),170,404,263 (2x), 222,183,262,259,476,138,91,304,149,125 (counties\county offices),55 (punishment),117 (qualification),203,470,55 (quorum), 65 (reconsideration),54 (removal from office),239 (removal of county seat),97 (reversal of remedies), 95,140 (sight of writ) 54 et seq. (rules of procedure),126,127 (seal of state),23 (search and seizure),133,134 (Secretary of State),268 (3x), 155 (5x),242,49,40,60,23 (oath and affirmation),273,122 (2x), 193,234 (notice),266 (~~notaries~~), 13 (newspaper),48 (theft), 102 (time),711 (title of Bill),31 (trial by jury),113,91 (uniformity, 2 (uniform controlled substances),268,242,155,6 (United States Constitution),124 (3x),26 (venues),31 (3x) (verdict) 477A,175 (willful acts and conduct),159 (wills and testament),26 (2x),10 (witnesses),234,124,140,153,55,55 (publication), 112,193,188,146 (public utilities),178,421 (public policy or interest),186 (public service commission),84 (2x),79,14,94,160, 221,211 (2x),90 (property),40 (promise),274,169 (3x),77 (5x) (process and service),177 (M.C.A. (1972), §§ 1-5-13, 1-4-11 (3x),1-5-7; 1-5-2, 1-5-13) (prosecuting attorney)

COUNT (1 John Bouvier, A Law Dictionary, 248 (1839) ; FEDERAL CIVIL
PROCEDURE Key 627 ; PLEADING Key 53. C.J.S. Pleading § 150), DECLARATION (
1 James Fitzjames Stephen, A History of the Criminal Law of England
447-48 (1883) ; EVIDENCE Key 275, 5 ; HOMICIDE Key 1075. C.J.S. Evidence
§ 288 ; Criminal Law Key 419 (2.20) ; EVIDENCE Key 368. C.J.S. Criminal
Law § 862 ; Evidence §§ 314-318, 325, 327-328, 330. FED. R. EVID. 803 (3) ;
EVIDENCE Key 266-313. C.J.S. Evidence § §254-260, 267, 285-338, 840-344,
343), STATUTE OF FRAUD (1 James J. White & Robert S. Summers, Uniform
Commercial Code § 2-8, A0 82 (4 ED. 1998 ; FRAUDS, STATUTE OF Key 119.
C.J.S. Boundaries § §70-73 ; Sales §§68, 71 ; U.C.C. § 2-201), ADJUDICATED
HEARING (INFANTS Key 203. C.J.S. Infants § § 51-52, 62, 64-67 ; Admini
strative Law and Procedure Key 469. C.J.S. Public Administrative
Law and Procedure § § 134, 136, 138-139 ; States Key 34. C.J.S. States
§ § 55-58), EXECUTED (William R. Anson, Principles of the Law
OF CONTRACT 26 n, * (Arthur L. Corbin ED., 3D AM. ED. 1919)), EXECUTED
EXECUTED Key 1 ; FEDERAL CIVIL PROCEDURE Key 2641. C.J.S. Execution
§ §2, 15 ) ; SUSPENSIVE APPEAL (APPEAL AND ERROR Key 458. C.J.S
APPEAL AND ERROR § 412), FRAUD (CONTRACT Key. C.J.S. Contracts § §
2-3, 9, 12 ; FRAUD Key 13 (3) ; FRAUD Key 31 ; FRAUDS Key 1, 3, 16 ;
LIMITATION OF ACTION Key 104 ( fraudulent - concealment cs52),
ARREST (RESTATEMENT (2ND) OF TORTS § 112), WARRANT (RESTATEMENT accord
(2ND) OF TORTS § 113) ; FALSE ARREST \ IMPRISONMENT (MODEL PENAL
CODE § 212.3), TERM (U.C.C. § 1-201 (42) accord RESTATEMENT (2ND)
OF CONTRACT § 5), SPEEDY TRIAL ACT OF 1974 (18 U.S.C. § § 3151 ET AL,

10

ET AL, 3161 ECAL. 88 STAT. 3076 (1975)), SUPERSEDING CAUSE (RESTATEMENT (2ND) OF TORTS §§440), PRETRIAL SERVICE ACT OF 1982 (18 U.S.C. §§3152-3155; 28 U.S.C. §604; 94 STAT. 1236 (1982; F.R.CIV.P.16.), PROTECTIVE PROCEED-INGS (provisions of PART I of ART. IV OF THE UNIF. PROB. CODE §§ 5-103(14)), BREACH OF PEACE (RESTATEMENT (2ND) OF TORTS §116), ROB-INSON-PATMAN ACT (15 U.S.C. §§43 ET SEQ., 49 STAT. 1326), KIDNAPPING (MODEL PENAL CODE §212.1), LEGAL CAUSE (RESTATEMENT (2ND) OF TORTS § 9, ID. §431 (negligent)), JOINDER OF PARTIES (F.R.CIV.P. 19, ID. AT 20), INTERVENING FORCE (RESTATEMENT (2ND) OF TORTS § 441(1)), CONVERSION (RESTATEMENT (2ND) OF TORTS §§ 22A(4)), COURSE OF DEALING (U.C.C. §1-205(1)), CONGRESS (U.S. CONST. ART. I, SEC. 1, ET SEQ.), DEMAND INSTRUMENT (U.C.C. §3-108), CONSENT (RESTATEMENT (2ND) OF TORTS §10A (consent), CONSEQUENTIAL DAMAGES (U.C.C. § 2-715(c)), DEMURRER (F.R.CIV.P.12(b)), SURETY (U.C.C. §1-201(40)), STIP-ULATION (ACCORD, RESTATEMENT (2ND) OF CONTRACT §94), PUBLIC (MODEL PENAL CODE § 250.2(1)), ETHIC (2 U.S.C. §§701 ET SEQ., 5 U.S.C. § §316, 18 U.S.C. §207, 28 U.S.C. §549, 528, 529, 591-598, 1364, 92 STAT. 1824 (1978), AMENDED, 96 STAT. 2039 (1983)), EQUAL ACCESS THRU JUSTICE (5 U.S.C. §504, 28 U.S.C. §2412, 42 U.S.C. §1988, 94 STAT. 2 321, TIT. II (1980)), EQUAL CREDIT OPPORTUNITY ACT (15 U.S.C. §§1961 ET SEQ., 88 STAT. 1521, TIT. IV (1974), 90 STAT. 251 (1976)) AUTHORITY ( JOHN ALAN APPLEMAN & JEAN APPLEMAN, Insurance Law and Practice § 8674 (1981); CAL. GOV. CODE §2316), ACCESS THRU COURT(S) (18 AM. JUR. 2D COPYRIGHT AND LITERARY PROPERTY §206 (1985)), ADMISSI-BILITY (22 CHARLES ALAN WRIGHT & KENNETH W. GRAHAM JR., Federal Practice and Procedure § 5193, AT 184 (1978)), ADEQUATE PRO-

TECTION (David S. Epstein et al., Bankruptcy § 3-27, at 440 (8 4th)
! 11 U.S.C.A. § 5 1365), ANCILLARY ADMINISTRATOR (31 AmJur 2d
EXECUTORS AND ADMINISTRATORS § 1168, at 558 (1989)), EQUITY (
F.R.CIV.P. 2), CRIMINAL TREPASS (MODEL PENAL CODE § 221.2(1),
NOTICE (M.P.C. § 221.2(3))), ANCIENT   DOCUMENTS (F.R.E 803(16)),
RECORD(S)(U.C.C. § 2A-102(2)(34)), ADMISSION (FED.R.CIV.P. RULES 51,
36, 34, AND 26(2)(5)), REPLEVIN (BENJAMIN J. SHIPMAN, HANDBOOK
OF COMMON-LAW PLEADING § 49, at 120 (1923)), REPLY (F.R.CIV.P. 7(2)),
RESPONDEAT SUPERIOR (W. PAGE KEETON, ET AL., THE LAW OF TORTS
§ 69, AT 500 (5 ED. 1984)), SECRET AGENTS DISCLOSURE (50 U.S.C. §
421), CONTINUED  DISCLOSURE (S. REP.No. 97-201, AT 10-11 (1981),
REPRINTED IN 1982 U.S.C.C.A.N. 145, 154-55), RETALIATION(S)(
N.Y.COMP. CODES R. & REGS. TIT. 7, §§ 701.2(2), (C), § 8701.7, AND 701.11 (
Allegation of employee misconduct meant to annoy, intimi-
date, or harm inmate. SEE, Civ. Rights of Inmate Person Act
§§ 7(2).), UNDUE  INFLUENCE (RESTATMENT (2ND) OF CONTRACT
§ 77(1)), USE OF FORCE (RESTATMENT (2ND) OF TORTS § 117), USAGE (
RESTATMENT (2ND) OF CONTRACT § 219 ! OF TRADE (U.C.C. § 1-205(2), ACCORD
, RESTATMENT (2ND) OF CONTRACT § 222(1),(2)), UNREASONABLE
RISK (RESTATEMENT (2ND) OF TORTS § 291), BUREAUCRATIC
INDIFFERENCE (Jordan vs. Gardner, 986 F.2d 1521, 1544 (
CA9, 1993) (CONCURRENT OPINION)(CITATION OMITTED)(EMPHASIS
ADDED)), CRIMINAL LAW RECKLESSNESS (A.L.I., MODEL PENAL
CODE § 2.02(2)(C), AND COMMENT (1985)), CIVIL LAW RECKLESSNESS(
PROSSER AND KEETON § 34, pp. 213-214: RESTATMENT (2ND) OF TORTS § 500
(1965)), CULPABILITY (MOD. PEN. CODE § 2.02), RESPONSIBILITY(

THE CHIEF JUSTICE, 25 RECORD OF THE ASSN. OF THE BAR OF THE CITY OF NEW YORK 14, 17 (MAR. 1970 SUPRA)), DELIBERATE INDIFFERENCE (Wilson vs. Seiter, 501 U.S. 299, 294, 298, 111 L. ED. 2D 271, 111 S.Ct. 2321 ! U.S. Const. Admt. VIII.), Petitioner unlawfully held (State vs. Read (1989 Miss) 544 So. 2D 810/Code 1942, §1992.5/§817aaa1§ 25, Spring 1988), opportunity and right thru be heard ( MISS. Const. Art. III, §26), SPEECH OR DEBATE CLAUSE (Weeks vs. City of Corinth, 36 F. 3D 411 (C.A.5, Miss. 1994), Farmer vs. Brennan, 114 S.Ct. 1970 (1994), and Young vs. Quenlan, 960 F. 2D 351 (8ᵀᴴ CIR 1972)), "APPROPRIATE AND IN THE INTEREST OF JUSTICE" (Porter vs. Nussle, 534 U.S. 516, supra at 523, 527, 122 S.Ct. 983 (quoting §1997e), 152 L. ED. 2D 12 (2002)), EXCEPTION TO EXHAUSTION ( Woodford vs. Ngo, 548 U.S. 81 (2006) 126 S.Ct. 2378, 165 L. ED. 2D 368, 74 U.S. L.W. 4401, 06 CAL. DAILY OP. SERV. 5399 ... ante at 2386-2387, SEE POST, AT 2396, N.5 (STEVENS, J. dissenting) (CITATION OMITTED) (HABEAS CORPUS): McCarthy vs. Madigan, 503 U.S. 140, 147-148, 112 S.Ct. 1081, 117 L. ED. 2D 291 (1994) (entitlement of unavailable administrative remedies): McKart vs. United States, 395 U.S. 185, 197-201, 89 S.Ct. 1657, 23 L. ED. 2D 194 (1969) (Hardship): Shalala vs. Illinois Council on Long Term Care, Inc., 529 U.S. 1, 13, 120 S.Ct. 1084/146 L. ED. 2D 1 (2000) (futility), AND Sims vs. Apfel, 530 U.S. 103, 115, 120 S.Ct. 2080, 147 L. ED. 2D 80 (2000) (BREYER, J., JOINED BY REHNQUIST, C.J., AND SCALIA AND KENNEDY, JJ., dissenting) (Constitutional Claims)), CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS (42 U.S.C. §§1985 (1)-(3), 42 U.S.C.A. §§1985 (1)-(3));

13

DEPOSE (FEDERAL CIVIL PROCEDURE Key 1311-1456; PRETRIAL PROCEDURE Key 91-227. C.J.S. Discovery §§2,4,6-7,9-19,22-33,34-61,69,74,125; Pretrial Procedure §§4-6,10-17,24,33,35-54,63-66,70-72,74,76-77, 109-129,132-138), STAY (BANKRUPTCY Key 2391-2404. C.J.S. Bankruptcy §§65-79; Action Key 67; Execution Key 158; Federal Civil Procedure Key 2700, C.J.S. Actions §243; Execution §§ 152-153, 155), EXHAUSTION OF REMEDIE(S) (Charles Alan Wright, The Law of Federal Courts §49, At 313 (5th ed. 1994); Administrative Law and Procedure Key 229. C.J.S. Public Administrative Law and Procedure §§38-42; Administrative Law Key 229.; Exhaustion of state remedies (Habeas Corpus Key 319-352.), AFFIDAVIT/CERTIFICATE OF MERIT(S) (Judgment Key 160, 391. C.J.S. Judgment §§345, 407), GRAND JURY (Frank W. Miller, et al., CASES AND MATERIALS ON CRIMINAL JUSTICE ADMINISTRATION 546 (3rd ed. 1986), GRAND JURY Key 1. GRAND JURY Key 10. U.S.Const. Amdt V (grand jury clause), INTERLOCUTORY (APPEAL AND ERROR Key 67. C.J.S. Appeal and Error §84; Federal Courts Key 572,576; MOTIONS Key 51.; Motions and Orders §§2, 52-53, 55), COURT ORDER (1 A.C. Freeman, A Treatise on the Law of Judgments §19, At 28 (Edward W. Tuttle ed., 5th ed. 1925), 1 Henry Campbell Black, A Treatise on the Law of Judgments §1, At 5 (2d ed., 1902); FEDERAL CIVIL PROCEDURE Key 928; MOTIONS Key 46. C.J.S. Motions and Orders §§1-3, 13, 50, 59.; administrative order (ADMINISTRATIVE LAW AND PROCEDURE Key 489. C.J.S. Public

14

14

Administrative Law and Procedure §§ 147-148 § Administrative
Law and Procedure Key 381. C.J.S. Public Administrative Law
and Procedure §§ 87, 91), INVESTIGATORY POWER (ADMINISTRAT-
IVE LAW AND PROCEDURE. Key 346. C.J.S Public Administrative
Law and Procedure § 78), QUASI-LEGISLATIVE POWER (5
U.S.C. § 553. ADMINISTRATIVE LAW AND PROCEDURE Key 408. C.J.S
Administrative Law and Procedure §§ 10-11), ADMINISTRATIVE
-LAW JUDGE (ADMINISTRATIVE LAW AND PROCEDURE Key 443. C.J.S.
Public Administrative Law and Procedure § 138. 5 U.S.C § 556(c));
COURT REPORTER (COURTS Key 57; TRIAL Key 23. C.J.S. Stenographers
§§ 2-21; A.2d § 96), COURTROOM(S) (COURTS Key 72.C.J.S. Courts § 412);
STATE GRAND JURY ACT (SENATE BILL NO. 2484 (14/SS02/R626SG)
lines 1 thru 489 (07/01st/2014)), PUNITIVE DAMAGES (RESTATEMENT (2nd) OF
TORTS § 908 (1965)), PREJUDICE (BLACK'S LAW DICTIONARY 1198 (WEST
Group 7th Ed. 1999)), CLERK(S) (CLERKS OF COURTS Key. C.J.S. Courts § 236 §
Towns Key 30. C.J.S. Towns §§ 120-125 (town)! MUNICIPAL CORPORATION
Key 170. C.J.S. Municipal Corporations §§ 391-405 (city)! COURTS Key 55. C.J.S.
Courts §§ 107-109 (law, EXTERN'S summer, summer associate)° John
Bilyeu Oakley & Robert S. Thompson, LAW CLERKS AND THE JUDICIAL PROCESS
2 (1980). SEE J. W. CECIL TURNER, Kenny's Outlines of Criminal Law 25 (16th Ed.
1952)), COMPLAINT, INFORMATION, AND INDICTMENT (U.S. CONST. I, § 3, cl. 7)
PROSECUTOR (U.S. VS REISINGER, 128 U.S. 398, 9 S.Ct. 99, 32 L. Ed. 480 §
THE BRAZIL, L.C.A. Ill., 134 F. 2d 929, 930), EXTRADITION (U.S. CONST. ART. IV,
§ 2; 18 U.S.C. § § 3181 Et seq. and UNIFORM CRIMINAL EXTRADITION ACT), JOIN-
DER (F.R. CIV.P RULES 18(b) (REMEDY), 19(a), 20.20), ENTRY (U.S. CONST. ART. I, § 4, cl. 6),
IMMINENT DANGER (U.S. CONST. ART. I, § 10, cl. 3), CRIMINAL PROSECUTOR (

*briefing attorney, research attorney, staff attorney

15

U.S. Const. Adm(s). VIII, VI, X, Art. III, §2, cl. 2,3 \ Admt. VI (jury term):
Art. III, §2, cl. 3 (place); Art. I, §6, cl. 10 (high sea); Art. I, §3, cl. 7 (
impeach). Art. I, §8, cl. 10 (against law of nations); Art. III, §2, cl. 3
/ Admt. VI (venue)), DEFENSE (U.S. Const. Art. I, §8, cl. 1: Admt. VI),
LIBERTY (U.S. Const. Admt. XIV, §1: Admt. I: Admt V), LIFE,
PROPERTY, AND LIBERTY (U.S. Const. Admt. V; Admt. XIV, §4),
TESTIMONY (U.S. Const. Art. III, §3, cl. 1), RIGHTS (U.S.C.A Const. Admts.
X, IX, VI, I), RULES (U.S.C.A. Const. Act. IV, §3, cl. 2: Act. I, §5, cl. 2),
PROCESS OF LAW (U.S. Const. Admt. VI), EXTRAORDINARY OCCASION (
U.S.C.A. Const. Art. II, §3), AFFIDAVIT(S) (MISS. Const. §§ 242, 183: AFFIDAVITS
key 1. C.J.S. Affidavits §§ 2-6: Process key 74, 137. C.J.S. Process §§ 57,89 (of inquiry):
PROCESS key 137. C.J.S. Process §84 (of service): FEDERAL CIVIL PROCEDURE key
2784 (poverty), M.C.A. (1972) §§ 1-3-3 (bonds and obligation) M.C.A. (1972), §§
1-1-49 (amendment of statutes), MISS. Const. §§ 125 (default), PUBLIC-
SERVICE COMMISSION (PUBLIC UTILITIES key 141. C.J.S. Public Utilities §§
60-61), POWER OF APPOINTMENT (POWERS key 19: WILLS key 589. C.J.S. Powers
§§ 15-16: WILLS key 589 (testamentary)), POWER (Robert E. Megarry &
P. V. Baker, A MANUAL OF THE LAW OF REAL PROPERTY 253 (4th ED. 1969): POWERS key
1. C.J.S. Powers §2), GRANTED: relief. DEEDS key 3. C.J.S. Deeds §§ 1-8), BILL
OF PEACE (Robert E. Megarry & P. V. Baker, SNELL'S PRINCIPLES OF EQUITY
570 (27th ED. 1973), Joseph Story, COMMENTARIES ON EQUITY JURISPRUDENCE
§ 853, At 567 (W. E. Grigsby ed., 1st ENGLISH ED. 1884). EQUITY key 51(1). C.J.S
EQUITY § § 38-42), BIND OVER (CRIMINAL LAW key 240. C.J.S. Criminal Law §353)
TESTIS) (CIVIL RIGHTS key 1326 (4,7). C.J.S. Civil Rights §§ 92-94), PUBLIC-IN-
TEREST EXCEPTION (APPEAL AND ERROR key 78(1): FEDERAL COURTS key 723. C.J.S.
Appeals and Errors §33), UNITED STATES DISTRICT COURT (FEDERAL COURTS key 971, A73),

16.

ACQUISITION, IDENTIFICATION AND ADMISSION OF HOSPITAL RECORDS IS SET FORTH IN (SECTION 7146.3-02 THRU 7146.3-08; MISS. CODE 1942 ANNOTATED), MANIFESTATION THEORY(Robert E. Keeton & Alan I. Widioo, Insurance Law: A Guide To Fundamental Principles, Legal Doctrines, And Commercial Practices §§5.10(d)(3), AT 598 (1988): INSURANCE key 2265. C.J.S. Insurance §§429-430), MANDATARY (State Of Mississippi: Federal Court (M.C.A. (1972), §§1-1-11, 1-5-19): Federal State Program Division Federal Government (M.C.A.(1972) §§1-3-55, 4-5-3, 1-1-11, 1-5-9, 1-1-11, 1-3-55): Federal Government And Statutes Commissioner (MISS. CONST. §§366, 7, 266 )(LA. CIV. CODE ARTS. 2989 ET SEQ.), STATE ACTION ( CIVIL RIGHTS key 1325; Constitutional Law key 82(5), 213(2), 254(3) U.S Civil Rights §§92-94; Constitutional Law §§456, 619, 629, 634, 704, 708), STATE -- ACTION DOCTRINE ( Parker vs. Brown, 317 U.S. 341, 63 S. Ct. 307 (1943): MONOPOLIES key 12(15.6). C.J.S. Monopolies §§36, 443), VENUE FACTS (FEDERAL COURTS key 96; VENUE key 68. C.J.S. Venue §§270-275), VENUE (Charles Alan Wright, The Law of Federal Courts §42, AT 257 (5th ED. 1994), Jack H. Friedenthal et al., Civil Procedure §2.4, At 10 (2nd ED. 1993): FEDERAL COURTS key 71; VENUE key 1. 5. C.J.S. Venue §§2-5), THIRD-PARTY PLAINTIFF (FEDERAL CIVIL PROCEDURE key 281; PARTIES key 49. C.J.S. Parties §227), JURISDICTIONAL PLEA (PLEADING key 104. C.J.S. Pleading §179), JUSTICE (FEDERAL COURTS key 446: JUDGES key 1. C.J.S. Judges §§2-7: G. C. CHESHIRE, Private International Law 675.(6th ED. 1961: and "THE FAIR AND PROPER ADMINISTRATION OF LAWS".), RE-SPONDENT SUPERIOR (W. Page Keeton et al., Prosser and Keeton on the LAW OF TORTS §69, AT 500 (5th ED. 1984): MASTER AND SERVANT key 300, 315, PRINCIPAL AND AGENT key 159 (2). C.J.S. Agency §§379-384: Employee-Employer Relation..

~ship §§181-184, 188-193, 203, 231-235, 242, 244-246, 248, 251-252, 264-265), RESPONSIBILITY ( H. L. A. HART, "CHANGING CONCEPTIONS OF RESPONSIBILITY", IN PUNISHMENT AND RESPONSIBILITY 186, 196-67 (1968)), APPOINTMENT OF TRIAL LAWYER ( CRIMINAL LAW KEY 641.7(3)); FEDERAL CIVIL PROCEDURE KEY 1951, TRIAL KEY 21. C.J.S. Criminal Law §§277-278, 280, 295, 297-299, 302, 318-319 (2010 §94), THERE IS NO PLAIN, ADEQUATE, AND COMPLETE REMEDY AT LAW AND THAT AN IRREPARABLE INJURY WILL RESULT UNLESS THE RELIEF IS GRANTED ( 1 Howard C. Joyce, A TREATISE ON THE LAW RELATING TO INJUNCTIONS §1, AT 2-3 (1909); INJUNCTION KEY 1. C.J.S. Injunctions §§2-4, 12, 14, 22, 24, 166; INJUNCTION KEY 189. C.J.S. Injunctions §§6, 235-236; INJUNCTION KEY 5, §33. C.J.S. Injunction §§3, 8-9, 81; INJUNCTION KEY 132. C.J.S. Injunction §§4-5, 17, 166), SUPPLEMENTAL SECURITY INCOME (SOCIAL SECURITY AND PUBLIC WELFARE KEY 235, 140.5, 175. C.J.S. Social Security and Public Welfare §§36-38, 42, 48-49, 58-59, 61, 95), CHAMBER ( STATES KEY 26. C.J.S. States §40; JUDGES KEY 27. C.J.S. Judges §58) BUSINESS (JUDGES KEY 27. C.J.S. Judges §58), ADMINISTRATION (ADMINISTRATIVE LAW AND PROCEDURE KEY 301-543. C.J.S. Public Administration Law and Procedure §§ 49-171; EXECUTORS AND ADMINISTRATORS KEY 1-546, C.J.S. Executors and Administrators §§2-98, 100-181, 183-877, 879-899, 935-966; PARENTS and Child §§59, Wills §157), ADMINISTRATIVE ADJUDICATION (ADMINISTRATIVE LAW AND PROCEDURE KEY 441-543 C.J.S. Public Administration Law and Procedure §§87, 115-171), REVIEW (APPEAL AND ERROR KEY 366; FEDERAL COURTS KEY 660. 1. C.J.S. Appeal and Error §702 (discretionary); APPEAL AND ERROR KEY 836; FEDERAL COURTS KEY 751. C.J.S. Appeal and Error §702 (appellate); ADMINISTRATIVE LAW AND PROCEDURE KEY 513. C.J.S.

18

Public Administrative Law and Procedure §§166-171 : Administrative Law and Procedure key 651. C.J.S. Public Administrative Law and Procedure §§173,174), Postconviction -Relief Proceeding (Criminal Law key 1400-1669), Transcript (Appeal and Error key 593-611; Criminal Law key 1104; Federal Courts key 644. C.J.S. Appeal and Error §§440, 447, 506-517), Transfer (Municipal Corporations key 912. C.J.S. Municipal Corporations §§1658-1660), Extraordinary Writ (Courts key 207), Notice Statute (Vendor and Purchaser key 231. C.J.S. Vendor and Purchaser §496), Notice-Prejudice Rule (Insurance key 3168. C.J.S. Insurance § 1307), Notice to Plead (Pleading key 83 C.J.S. Pleading §124), Notification (Restatement of Agency §9(2)), Notice of Trial (Federal Civil Procedure key 1966; Texas key 6. C.J.S. Law §§34-38), Good Cause (Mark A. Rothstein et al., Employment Law §9.7, at 539(1994)), Application (Bankruptcy key 2156. C.J.S. Bankruptcy §26), Reasonable Due Diligence (Securities Regulation key 25.22(4), 25.62 (2). C.J.S. Securities Regulation §§87, 95. Patents key 90(3). C.J.S. Patents § 125) Good Faith (Roger Brownsword et al., "Good Faith in Contract," in Good Faith in Contract : Concept and Context 1, 3 (Roger Brownsword ed., 1991), Restatement (2nd) of Contracts §205 cmt. a (1979); F.R. Civ. P. 6(d) (1978/1993)), Escape (Escape key 3. C.J.S. Escape §§3, 5-6), Capias(es) (Process key 9: Execution key 421. C.J.S. Execution §24; Criminal Law key 1000; Fines key 9), Legal Duty (1 John Austin, The Providence of Jurisprudence Determined 400 (Sarah Austin ed., 2 ed 1861) (Absolute); Restatement (3rd) of Torts §6 cmt. a (Discussion Draft 1994); Restatement (2nd) of

Torts §4(6): Marshall S. Shapo, The Duty To Act xi - xii (1977): William L. Prosser, Palsgraf Revisited, 52 Mich. L. Rev. 1, 15 (1953): Negligence key 210. C.J.S. Municipal Corporations §664 (2006): Contracts key 168, 189. C.J.S. Contracts §§341-342, 346-347 (duty of good faith and fair dealing)), Searches and Seizures (Miss. Const. Art. III, §23), Statute of Limitation (Miss. Const. §§ 104, 97), District Court (Courts key 191), Harassment (Model Penal Code §§250.4), In Re Prison Litigation Reform Act (Pub. L. No. 104-134, §§801-810, Stat. 1321 (1996) Capacities) (Restatement (2ND) of Contracts §12(2)), Bribery (Model Penal Code §§240.1 & 240.3 & 240.8: 18 U.S.C. §§201(b)(2), Contest (In re Holtermann's Estate, 206 C.A. 2d 460, 23 Cal. Rptr. 685, 690), Inherent Power (Restatement, 2ND Agency §6: Restatement, Property, §3) (Restatement, 2ND Agency §8A), completely indigent Roller v. Gunn, 107 F. 3d 227, 233 (4th Cir. 1997) Id. (quoting Evans vs. Croom, 650 F. 2d 521, 524 (4th Cir. 1981)), absolute destitute (Gail J. Bakaitis DeWolf, Protecting the Courts from the Barrage of Frivolous Prisoner Litigation: A Look at Judicial Remedies and Ohio's Proposed Legislative Remedy, 57 Ohio St. L.J. 257, 261 (1996) at 283), truly destitute (Michael J. Mueller, Abusive Pro Se Plaintiffs in the Federal Courts: Proposals for Judicial Control, 18 J.L. Reform 93, 157 (1984), at 154. See, Tex. Civ. Proc. & Rem. Code §14.006), fluid exception (Brief for the United States as Intervenor, Gibbs vs. Roman, C.A. No., 96-3534, U.S.C.A. for the 3RD Cir. (1996), file free (Gen. Order No. 77-1 (S.D. Tex. Apr. 19, 1977)), frivolity (Howard B. Eisenberg, Rethinking Prisoner Civil Rights Cases and the Provision of Counsel, 17 S. Ill. U. L.J.

20

417,410, 438, 440 (1993)), AUTHORIZES OFFENDER FEE SETOFFS IN IN-
MATES LITIGATEON (ARIZ. REV. STAT. ANN. §31-238D (WEST 2002)),
PRISONER'S PRIVACY RIGHTS (FALSE LIGHT: INVASION-OF-PRIVACY)(18 U.S.C.§§
1658(b));

21

21

)

22

"I DECLARE/VERIFY/CERTIFY UNDER PENALTY OF PURY OF THE UNITED STATES OF AMERICA LAWS THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON DECEMBER 23ᴿᴰ, 2014 (18 U.S.C. §§ 1621: 28 U.S.C. §§ 1746: 2201-2202, 48 STAT. 955 (1944) (F.R.E. 804(b)), 1915(e)(1978/1993, (2), (c), (d), (e)(1), (h), (e)(2), (g): 40 U.S.C. §§ 2582a.)

Michael Henry Heard

MICHAEL HENRY HEARD: #34476 / ABSOLUTE, COMPLETELY, AND TRULY DESTITUTE TYPE PRO SE INDIGENT / GRAND JURY KEY 37 / PETITIONER / COMPLAINANT / MAN-DATOR / DECLARANT / ... / (And,)

SOUTH MISSISSIPPI CORRECTIONAL INSTITUTION (Suite 22684 U.S. HWY. 63 N.: PENTHOUSE 4 8-T40b1.) - LEAKESVILLE, MI. 39451-0139, DATED: 12/01/2014 M.R.CIV.P. 11. CITED CASE 60: COURT RULES (COURTS KEY 78-85; FEDERAL CIVIL PROCEDURE KEY 21. C.J.S. COURTS 587, 124-130, 132-134; EVIDENCE §71: COURTS KEY 80(4))

22