UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MICHAEL HENRY HEARN, #34476**                                      **PLAINTIFF**

**VERSUS**                         **CIVIL ACTION NO.   3:15-cv-57-CWR-LRA**

**CHRISTOPHER B. EPPS**
**and CECIL McCRORY**                                                  **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the 29th day of January, 2015.

                                                   s/Carlton W. Reeves
                                                   UNITED STATES DISTRICT JUDGE